IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCARLET HONOLULU, INC., ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>HONOLULU LIQUOR COMMISSION, ET AL.,<br><br>　　　　　Defendants. | CIV. NO. 21-00457 JMS-KJM<br><br>ORDER OF RECUSAL |

## ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter in order to avoid any appearance of impropriety. This case is referred to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 3, 2023.



　　　/s/ J. Michael Seabright
　　　J. Michael Seabright
　　　United States District Judge