IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCARLET HONOLULU, INC.; WALTER ENRIQUEZ, doing business as GAY ISLAND GUIDE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HONOLULU LIQUOR COMMISSION; JACOB FEARS, in his official capacity; and CATHERINE FONTAINE, in her official capacity, <br><br> Defendants. | CIV. NO. 21-00457-HG-KJM |

**ORDER OF RECUSAL**

To avoid a conflict of interest, the appearance of impropriety, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.  This case is referred to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: May 9, 2023, Honolulu, Hawaii.

Helen Gillmor
United States District Judge