James D. DiPasquale     #11033
DIPASQUALE & SUMMERS, LLP
737 Bishop Street, Suite 1460
Honolulu, Hawaii 96813
Tel:     (808) 240-4771
james@ds-lawoffices.com

*Attorneys for Plaintiffs Scarlet Honolulu, Inc. and Walter Enriquez*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| SCARLET HONOLULU, INC. and WALTER ENRIQUEZ d/b/a GAY ISLAND GUIDE,<br><br>Plaintiffs,<br><br>-against-<br><br>HONOLULU LIQUOR COMMISSION.<br><br>Defendant. | Civil No.: 1:21-cv-457-DKW-KJM<br><br>**DECLARATION OF JOSEPH LUNA** |

**DECLARATION OF JOSEPH LUNA**

I, JOSEPH LUNA, declare as follows:

1. I, Joseph Luna, declare under penalty of perjury under the laws of the State of Hawaii that the statements made in this Declaration are true and correct to the best of my knowledge and belief. I am one of the owners of Scarlet Honolulu Inc. ("Scarlet") and I have personal knowledge of the events and occurrences described herein.

1

2. My residence is at 876 Curtis Street, Honolulu, HI 96813, inconveniently situated directly opposite the Honolulu Liquor Commission ("HLC").

3. As a pedestrian (I do not own a vehicle) and an engaged member of my community, I frequently walk to local destinations. My routine includes regular stops at the 7-Eleven located at the corner of Queen Street and South Street, and visits to Scarlet Honolulu.

4. On numerous occasions, I have witnessed Liquor Commission Investigators frequenting the HLC offices and their adjacent parking structure. They have also noticed me, and we have exchanged greetings when we've crossed paths, particularly before the instigation of this lawsuit.

5. I am cognizant of the fact that the HLC Investigators are aware of my place of residence.

6. On the morning of October 23, 2023, as I left my home and made my way to the intersection of Curtis Street and Kawaiaha'o Street, I was confronted with the unsettling sight of "Rob is Dead" scrawled across the steel security door of a building on the opposite side of the street. Stricken with panic, I immediately reached out to Robert Baldwin, Rob Sobieralski, and the Honolulu Police Department for assistance.

7. The growing threats I have observed are deeply alarming, posing risks not just to my business and the wider gay community, but also to the personal safety of those dear to me.

Dated: 11/09/2023

*Joseph Luna*
Verified by signNow
11/09/2023 19:51:39 UTC
5a09cba6aeee4a0d992e

Joseph Luna