James D. DiPasquale     #11033
DIPASQUALE & SUMMERS, LLP
737 Bishop Street, Suite 1460
Honolulu, Hawaii 96813
Tel:     (808) 240-4771
james@ds-lawoffices.com

*Attorneys for Plaintiffs Scarlet Honolulu, Inc. and Walter Enriquez*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| SCARLET HONOLULU, INC. and WALTER ENRIQUEZ d/b/a GAY ISLAND GUIDE,<br><br>Plaintiffs,<br><br>-against-<br><br>HONOLULU LIQUOR COMMISSION,<br><br>Defendant. | Civil No.: 1:21-cv-457-DKW-KJM<br><br>**DECLARATION OF WALTER ENRIQUEZ** |

**DECLARATION OF WALTER ENRIQUEZ**

I, WALTER ENRIQUEZ, declare under penalty of perjury under the laws of the State of Hawaii that the statements made in this Declaration are true and correct to the best of my knowledge and belief.

1.     Gay Island Guide has been a proud organizer of numerous events at the White Sands Hotel over recent years.

2. On July 13, 2023, the White Sands Hotel entered into a stipulation modifying their license, prompted by reported noise complaints. The terms of this stipulation, while not excessively restrictive in themselves, conveyed a clear message. This was clearly a cautionary statement from the HLC, insinuating that any future collaboration with Gay Island Guide could endanger their license renewal.

3. Since the stipulation was put into effect on July 13, 2023, the White Sands Hotel has not hosted a single event for Gay Island Guide.

Dated: 11/09/2023

*Walter Enriquez, Jr.*

Verified by signNow
11/09/2023 19:57:21 UTC
e8fb9a36d3f946da9b86

WALTER ENRIQUEZ