James D. DiPasquale     #11033
DIPASQUALE & SUMMERS, LLP
737 Bishop Street, Suite 1460
Honolulu, Hawaii 96813
Tel: (808) 240-4771
james@ds-lawoffices.com

*Attorneys for Plaintiffs Scarlet Honolulu, Inc. and Walter Enriquez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCARLET HONOLULU, INC. and WALTER ENRIQUEZ d/b/a GAY ISLAND GUIDE,<br><br>                       Plaintiffs,<br><br>-against-<br><br>HONOLULU LIQUOR COMMISSION.<br><br>                       Defendant. | Civil No.: 1:21-cv-457-DKW-KJM<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Derrick K. Watson |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCARLET HONOLULU, INC. and WALTER ENRIQUEZ d/b/a GAY ISLAND GUIDE,<br><br>                    Plaintiffs,<br><br>-against-<br><br>HONOLULU LIQUOR COMMISSION.<br><br>                    Defendant. | Civil No.: 1:21-cv-457-DKW-KJM<br><br>**ORDER**<br><br>Judge: Hon. Derrick K. Watson |

## **ORDER**

Upon the annexed declarations of Joseph Luna, Robert Sobieralski, Walter Enriquez, and Jhumar Ray Waite, affirmed under penalties of perjury on November 9, 2023, upon the instant Motion, Complaint, and all pleadings and proceedings heretofore:

Let the Honolulu Liquor Commission ("HLC") show cause before Hon. Derrick K. Watson, in Aha Kupono at the Courthouse located at 300 Ala Moana Blvd, Honolulu, Hawaii 96850 on the ___ day of _____, 2023 at _____ A.M. as to why an order pursuant to Fed. R. Civ. P. Rule 65 and 42 U.S. Code § 1985(2) should not be entered, pending final determination of this action, against HLC.

There have been no prior requests for the relief requested herein.

Sufficient cause appearing therefore, it is:

ORDERED that, pending the hearing and determination by the Court on this Order to Show Cause, and until such further Order to Show Cause, The Defendant, its officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are immediately restrained from:

    a. Harassing, intimidating, threatening, or attempting to influence any witness, potential witness, Plaintiff's owners, employees, or agents in any manner related to the subject matter of this case.

    b. Engaging in or soliciting others to engage in any acts that are designed to deter or prevent any witness or potential witness from testifying freely, fully, and truthfully in this case.

    c. Making any contact, directly or indirectly, with any witness or potential witness that may be construed as an attempt to influence their testimony or to retaliate against them for their involvement in this case.

This Temporary Restraining Order shall remain in effect until the Court's ruling on the Plaintiff's Motion for a Preliminary Injunction following the Order to Show Cause hearing.

Violation of this Order may result in immediate sanctions, including but not limited to, contempt proceedings against the Defendant.

DATED: Honolulu, Hawaii _____.

_____
HON. DERRICK K. WATSON