James D. DiPasquale, 011033
DiPasquale & Summers, LLP
737 Bishop Street, Suite 1460
Honolulu, Hawaii 96813
Tel: (808) 240-4771
james@ds-lawoffices.com

*Attorneys for Plaintiffs Scarlet Honolulu, Inc. and Walter Enriquez*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCARLET HONOLULU, INC. and WALTER ENRIQUEZ db/a GAY ISLAND GUIDE,<br><br>              Plaintiffs,<br><br>    -against-<br><br>HONOLULU LIQUOR COMMISSION,<br><br>              Defendant. | Civil No.: 1:21-CV-00457-MWJS-KJM<br><br>**PLAINTIFFS' DEPOSITION DESIGNATIONS** |

## PLAINTIFFS' DEPOSITION DESIGNATIONS

### Glen Nishigata - Deposition date: April 11, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 8:8 | 8:20 |
| 9:8 | 9:24 |
| 14:15 | 15:16 |
| 20:19 | 20:25 |
| 21:17 | 21:25 |
| 22:23 | 23:21 |
| 27:11 | 28:2 |
| 31:18 | 32:5 |

| 32:14 | 32:22 |
|---|---|
| 33:15 | 33:21 |
| 34:15 | 35:20 |
| 36:16 | 36:25 |
| 41:11 | 41:20 |
| 58:14 | 59:9 |
| 61:9 | 62:24 |
| 68:6 | 68:21 |
| 77:18 | 78:15 |
| 79:18 | 80:19 |
| 89:1 | 89:15 |
| 99:8 | 99:17 |
| 100:13 | 101:7 |
| 104:25 | 106:2 |
| 108:14 | 108:24 |
| 111:6 | 111:18 |
| 125:1 | 125:3 |
| 134:20 | 135:4 |

### Chad Kaaikaula - Deposition date: April 18, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 14:7 | 14:15 |
| 17:12 | 18:23 |
| 19:9 | 20:1 |
| 28:8 | 28:23 |
| 37:14 | 37:17 |
| 41:4 | 4:4 |
| 41:24 | 42:3 |
| 48:23 | 49:15 |

### William Walker - Deposition date: April 19, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 15:17 | 18:5 |
| 18:14 | 19:2 |

| 20:20 | 20:24 |
|-------|-------|
| 21:18 | 21:22 |
| 26:23 | 27:7 |
| 27:19 | 27:24 |
| 30:13 | 30:21 |
| 35:17 | 36:23 |
| 39:16 | 39:19 |
| 42:11 | 45:6 |
| 45:21 | 46:20 |
| 47:1 | 47:7 |
| 48:7 | 48:23 |
| 49:15 | 49:20 |
| 57:3 | 57:12 |
| 62:24 | 63:7 |
| 66:3 | 66:10 |
| 86:2 | 86:20 |
| 87:8 | 88:1 |
| 89:18 | 90:6 |

## Catherine Fontaine - Deposition date: April 21, 2023

| Start Page: Line | End Page: Line |
|------------------|----------------|
| 7:1 | 7:5 |
| 9:9 | 9:12 |
| 19:7 | 19:13 |
| 23:2 | 23:24 |
| 30:12 | 30:15 |
| 30:24 | 31:2 |
| 31:7 | 31:11 |
| 40:17 | 41:8 |
| 46:2 | 46:21 |
| 50:3 | 50:19 |
| 51:11 | 51:25 |
| 57: 4 | 57: 10 |
| 57:20 | 57:22 |
| 58 :2 | 58:16 |
| 58:24 | 59:5 |

| 59 :10 | 59:11 |
|--------|-------|
| 59:21 | 60:9 |
| 62:2 | 62:10 |
| 62:20 | 62:22 |
| 63:6 | 63:11 |
| 64:2 | 64:8 |
| 83:5 | 83:10 |
| 83:19 | 83:23 |
| 84:16 | 84:23 |
| 85:8 | 85:10 |
| 98:8 | 98:12 |
| 99:3 | 99:6 |
| 102:18 | 102:21 |
| 103:18 | 103:23 |
| 104:2 | 104:21 |
| 107:22 | 108:3 |
| 109:23 | 109:25 |
| 112:18 | 113: 25 |
| 125:4 | 126:7 |
| 127:20 | 128:3 |
| 128:10 | 128:12 |
| 129:7 | 131:7 |
| 133:17 | 134:16 |
| 135:4 | 137:2 |
| 137:9 | 139:6 |
| 139:22 | 140:5 |
| 141:11 | 141:19 |
| 147:9 | 147:19 |
| 162:19 | 163:4 |

## **Frederick Kruse** - Deposition date: May 9, 2023

| Start Page: Line | End Page: Line |
|------------------|----------------|
| 10:22 | 11:12 |
| 11:21 | 11:24 |
| 12:2 | 12:4 |
| 12:7 | 12:9 |

| 13:21 | 13:22 |
|-------|-------|
| 14:6 | 15:17 |
| 15:21 | 16:24 |
| 17:17 | 17:25 |
| 18:22 | 19:14 |
| 21:6 | 21:17 |
| 26:7 | 26:14 |
| 29:22 | 29:25 |
| 40:15 | 40:25 |
| 41:10 | 41:20 |
| 52:19 | 53:10 |
| 82:12 | 82:17 |
| 83:8 | 83:24 |
| 89:14 | 90:18 |

## **Jacob Fears** - Deposition date: May 30, 2023

| **Start Page: Line** | **End Page: Line** |
|---------------------|-------------------|
| 12:21 | 12:20 |
| 21:11 | 23:17 |
| 28:1 | 28:11 |
| 35:6 | 35:25 |
| 38:4 | 38:25 |
| 39:13 | 40:16 |
| 44:15 | 45:7 |
| 46:23 | 47 :2 |
| 49:1 | 49:13 |
| 50:10 | 51:6 |
| 53:18 | 54:4 |
| 58:12 | 58:15 |
| 61:15 | 64:3 |
| 76:10 | 76:21 |
| 102:11 | 102:15 |
| 105:25 | 106:5 |
| 106:18 | 107:16 |
| 107:22 | 108:5 |

<u>**Anna Hirai**</u> - Deposition date: May 31, 2023

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 4:24 | 5:2 |
| 8:1 | 9:6 |
| 9:12 | 9:25 |
| 10:11 | 10:24 |
| 11:4 | 11:5 |
| 11:15 | 11:17 |
| 16:23 | 16:25 |
| 22:13 | 22:19 |
| 26 :3 | 26:8 |
| 34:13 | 34:22 |
| 36:3 | 36:14 |
| 37:2 | 37 :13 |
| 39:6 | 39:14 |
| 40:1 | 40:7 |
| 40:10 | 40:12 |
| 40:17 | 40:24 |
| 42:15 | 42:23 |
| 45:25 | 46:9 |
| 50:22 | 52:7 |
| 52:19 | 53:25 |
| 54:24 | 56:6 |
| 56:16 | 57:6 |
| 58:2 | 58:8 |
| 58:12 | 58:18 |
| 60:5 | 60:12 |
| 62:10 | 62:14 |
| 63:2 | 64:8 |
| 64:23 | 64:25 |
| 65:11 | 66:9 |
| 66:25 | 67:5 |
| 67 :13 | 67:21 |
| 71:6 | 72:2 |
| 74:19 | 75:1 |
| 75:11 | 75:16 |
| 76:14 | 76:23 |

| | |
|---|---|
| 77:23 | 78:17 |
| 78:22 | 79:9 |
| 79:18 | 80:15 |
| 82:10 | 82:20 |
| 84:25 | 85:2 |
| 85:10 | 85:13 |
| 85:19 | 86:14 |
| 86:17 | 87:15 |
| 88:7 | 88:22 |
| 90:19 | 91:2 |
| 91:16 | 92:5 |
| 93:15 | 94:23 |
| 104:11 | 105:25 |
| 108:22 | 109:13 |
| 110:24 | 111:14 |
| 111:24 | 112:6 |
| 113:14 | 113:17 |
| 114:3 | 114:8 |
| 115:7 | 115:23 |
| 116:21 | 116:24 |
| 117:12 | 117:20 |
| 118:8 | 118:21 |
| 119:19 | 119:23 |
| 120:5 | 121:15 |
| 127:15 | 128:2 |
| 131:5 | 131:13 |
| 132:17 | 133:16 |
| 135:5 | 135:22 |
| 140:17 | 141:12 |
| 143:10 | 143:20 |
| 150:10 | 150:16 |
| 161:13 | 163:3 |
| 163:13 | 163:15 |
| 163:20 | 164:18 |
| 171:4 | 172:6 |
| 174:3 | 174:25 |
| 177:10 | 177:22 |
| 179:1 | 179:23 |
| 182:8 | 182:23 |

| | |
|---|---|
| 183:5 | 184:6 |
| 189:12 | 189:20 |

## Delis Estabilio – Deposition date: June 2, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 11:10 | 11:14 |
| 11:23 | 12:13 |
| 17:22 | 18:4 |
| 20:8 | 20:16 |
| 24:12 | 24:20 |
| 34:21 | 34:24 |
| 36:24 | 37:7 |
| 38:1 | 38:5 |

## Peter Nakagawa – Deposition date: June 6, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 4:25 | 5:10 |
| 7:16 | 7:23 |
| 8:11 | 11:7 |
| 13:23 | 13:25 |
| 14:4 | 14:9 |
| 14:17 | 15:2 |
| 21:23 | 22:3 |
| 22:21 | 23:5 |
| 23:11 | 23:18 |
| 25:18 | 25:24 |
| 28:16 | 28:20 |
| 30:1 | 30:10 |
| 30:16 | 30:23 |
| 31:3 | 31:6 |
| 31:23 | 31:25 |
| 36:24 | 37:5 |
| 37:14 | 37:19 |
| 38:14 | 38:17 |

| 39:5 | 39:14 |
|---|---|
| 41:4 | 41:16 |
| 41:24 | 42:3 |
| 42:7 | 42:15 |
| 43:6 | 44:2 |
| 45:25 | 48:15 |
| 50:1 | 50:20 |
| 53:15 | 53:25 |
| 54:18 | 54:24 |
| 56:11 | 57:1 |
| 58:10 | 58:15 |
| 59:15 | 60:7 |
| 60:20 | 61:12 |
| 64:21 | 65:12 |
| 67:15 | 67:19 |
| 73:14 | 74:2 |
| 76:10 | 77:10 |
| 79:22 | 82:20 |
| 83:9 | 83:13 |
| 101:16 | 101:25 |
| 105:5 | 105:18 |
| 105:24 | 106:6 |

### Franklin Donald Paccaro Jr. - Deposition date: June 7, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 5:6 | 5:10 |
| 6:23 | 7:8 |
| 8:25 | 9:13 |
| 9:21 | 10 :4 |
| 10:15 | 10:25 |
| 11:11 | 11:23 |
| 12:11 | 13:7 |
| 13:14 | 14:19 |
| 15:4 | 15:5 |
| 15:20 | 15:25 |
| 18:7 | 18:11 |

| 21:3 | 21:11 |
|------|-------|
| 22:10 | 22:19 |
| 27:6 | 28:1 |
| 29:8 | 29:22 |
| 30:20 | 31:3 |
| 32:12 | 34:1 |
| 41:5 | 41:22 |
| 51:20 | 51:25 |
| 56:20 | 56:25 |
| 64:20 | 65:13 |

## Akiko Reyes - Deposition date: June 30, 2023

| Start Page: Line | End Page: Line |
|------------------|----------------|
| 4:25 | 5:10 |
| 8:23 | 9:4 |
| 30:1 | 31:1 |
| 31:17 | 34:15 |
| 35:12 | 35:21 |
| 36:4 | 36:12 |
| 37:13 | 38:6 |
| 38:16 | 38:19 |
| 40:17 | 41:4 |
| 44:3 | 44:21 |
| 45:7 | 46:11 |
| 46:19 | 47:13 |
| 48:3 | 49:3 |
| 52:19 | 53:9 |
| 53:21 | 54:17 |
| 56:9 | 57:16 |

## Catherine Fontaine - Deposition date: June 27, 2023

| Start Page: Line | End Page: Line |
|------------------|----------------|
| 4:18 | 5:14 |
| 7:12 | 8:8 |

| | |
|---|---|
| 10:15 | 11:14 |
| 12:17 | 12:20 |
| 17:17 | 17:20 |
| 24:10 | 24:13 |
| 27:21 | 29:19 |
| 33:30 | 34:19 |
| 45:5 | 45:9 |
| 46:14 | 46:25 |
| 49:6 | 49:12 |
| 51:18 | 52:13 |

**Jacob Fears** - Deposition date: July 2, 2033

| Start Page: Line | End Page: Line |
|---|---|
| 9:24 | 11:10 |
| 11:21 | 12:2 |
| 16:9 | 17:13 |
| 18:11 | 18:14 |
| 18:25 | 19: 22 |
| 21:2 | 21:9 |
| 21:15 | 21:22 |
| 23:20 | 24:6 |
| 24:14 | 24:24 |
| 25:19 | 26:8 |
| 31:24 | 32:10 |
| 37:8 | 38:12 |

**Glen Nishigata** - Deposition date: July 5, 2023

| Start Page: Line | End Page: Line |
|---|---|
| 4:19 | 4:24 |
| 5:3 | 5:4 |
| 6:13 | 6:16 |
| 7:4 | 7:7 |
| 7:20 | 7:23 |
| 8:2 | 8:4 |

| | |
|---|---|
| 9:19 | 9:24 |
| 12:22 | 13:8 |
| 16:2 | 16:8 |
| 17:4 | 17:13 |
| 19:10 | 19:24 |
| 20:14 | 20:19 |
| 21:18 | 21:21 |
| 22:8 | 22:19 |
| 23:24 | 24:9 |
| 26:2 | 26:11 |
| 31:11 | 31:20 |
| 32:2 | 32:10 |
| 32:18 | 33:14 |

Dated:   Honolulu, HI
         September 9, 2023

**DIPASQUALE & SUMMERS, LLP**
*Attorneys for Plaintiffs*

By:    */s/ James D. DiPasquale*

_____
James D. DiPasquale, 011033