IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCARLET HONOLULU, INC.; WALTER ENRIQUEZ d/b/a GAY ISLAND GUIDE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HONOLULU LIQUOR COMMISSION, <br><br> Defendant. | CIVIL NO. 21-00457 MWJS-KJM <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of DEFENDANT'S TRIAL BRIEF, was served upon the following person via electronic filing through the CM/ECF system:

    JAMES D. DIPASQUALE
    DiPasquale & Summers, LLP
    737 Bishop Street, Suite 1460
    Honolulu, Hawaii 96813

        Attorneys for Plaintiffs
        SCARLET HONOLULU, INC., and
        WALTER ENRIQUEZ d/b/a
        GAY ISLAND GUIDE, LLC

Dated: Honolulu, Hawaii, September 16, 2024.

/s/    Lex R. Smith
LEX R. SMITH
AARON R. MUN
ZACHARY K. SHIKADA

Attorneys for Defendant
HONOLULU LIQUOR COMMISSION