**EXHIBIT A**

LIQUOR COMMISSION
CITY AND COUNTY OF HONOLULU
PACIFIC PARK PLAZA
711 KAPIOLANI BOULEVARD, SUITE 600
HONOLULU, HAWAII  96813

AGENDA – FORTY-SEVENTH MEETING
**SPECIAL MEETING**

THURSDAY, JUNE 29, 2023
**2:00 P.M.**

PUBLIC PARTICIPATION AND TESTIMONY

Public testimony may be accepted in writing or in person at the Honolulu Liquor Commission (Pacific Park Plaza, 711 Kapiolani Boulevard, Suite 600, Honolulu, Hawaii 96813).

ORAL TESTIMONY

You do not need to submit written testimony in advance to testify in person at the meeting.  The Honolulu Liquor Commission will accept oral testimony on each public hearing agenda item as that item is discussed.  Register with the staff at the Honolulu Liquor Commission (Pacific Park Plaza, 711 Kapiolani Boulevard, Suite 600, Honolulu, Hawaii 96813) by 4:00 p.m. on the day of the meeting.

WRITTEN TESTIMONY

Written testimony may be submitted to the Administrator of the Commission at least three (3) working days prior to the date of the meeting via in person, U.S. mail to **Honolulu Liquor Commission, 711 Kapiolani Boulevard, Suite 600, Honolulu, Hawaii 96813**, or e-mail to **liquor@honolulu.gov**.

VIEWING THE MEETING

Members of the public may view the meeting in person at the Liquor Commission office (Pacific Park Plaza, 711 Kapiolani Boulevard, Suite 600, Honolulu, Hawaii 96813) or by internet live streaming on the Liquor Commission YouTube Channel:  (**https://youtube.com/@honolululiquorcommission**)

After the meeting, a video recording and summary of the meeting may be accessed on the Liquor Commission YouTube Channel (**https://youtube.com/@honolululiquorcommission**) and Event Calendar (**https://www.honolulu.gov/liq/event-calendar/month.calendar/**) by selecting the appropriate meeting date.

Within (forty) 40 days after the meeting, the minutes of the meeting will be posted to the Liquor Commission website on our Event Calendar (**https://www.honolulu.gov/liq/event-calendar/month.calendar/**) and may be accessed by selecting the appropriate meeting date.  Prior meeting minutes may also be viewed at said website.

<u>MATERIALS AVAILABLE FOR INSPECTION</u>

Meeting materials ("board packet" HRS Section 92-7.5) are available for public inspection.  Go to the Liquor Commission Event Calendar and select the meeting date for copies of the agenda and board packet. **https://www.honolulu.gov/liq/event-calendar/month.calendar/**

<u>OTHER BUSINESS</u>:

|   |   |   |
|---|---|---|
| 1. | Liquor Commission | Presentation by Hui Chen, Strategic Adviser, of System Review of Liquor Commission Enforcement Section |

If you need an auxiliary aid and/or service or other accommodation due to a disability to participate in this event (i.e., sign language interpreter; interpreter for language other than English, or wheelchair accessibility), please call Kris Chu, Administrative Specialist II, at (808)768-7367 or email your detailed request to liquor@honolulu.gov, at least five (5) business days prior to the meeting. Requests made as early as possible will allow adequate time to fulfill your request.

# Liquor Administration Enforcement System Review*:
# Report of Findings & Recommendations

Hui Chen

June 27, 2023

1

*Authorized by the Liquor Commission on February 9, 2023, in response to ongoing complaints and upon request by the Liquor Commission and Managing Director's Office.

# Purpose*

**Respond** to ongoing complaints relating to the Enforcement Services Section ("Enforcement")

**Assess** Enforcement capabilities and practices in light of the issues raised by the complaints

**Formulate** recommendations relating to existing Enforcement systems and processes based on findings

The review is focused on system and process improvements. It is *not* intended as investigations of each complaint, and will not make disciplinary recommendations.

2

*These were the objectives approved by the Liquor Commission in authorizing this Review on February 9, 2023.



*This Review is not an investigation seeking to prove or disprove specific allegations. This Review explores open questions relating to the organizational system (e.g. culture, policies, procedures, practices) triggered by ongoing complaints against Enforcement.

# Review Methodology

## Documents

- Audit Report No. 05-02 (2005) and follow up reports
- Various 2022 and 2023 complaints and presentations from Rob Sobier and Rob Sobieralski
- Standards of Conduct, Administrative Directives, and other policies and procedures provided by LIQ
- Sample reports of Enforcement activities provided by LIQ, including Vehicle Sheets, post-event reports, HPD Work Request, Evidence Report, Daily Activity Reports (DAR), complaints, Violation/Investigative reports, Enforcement Highlights, sign-in sheets, overtime requests
- Copies of interview and promotion questions and sample performance evaluation forms
- Listing of complaints received between 1/1/2021 and 12/31/2022, as provided by LIQ, including some sample complaints.
- Plaintiff's Complaint and settlement demand letter dated 2/16/2023 in the *Scarlet Honolulu, Inc. et al v. Honolulu Liquor Commission et al* matter.

## Data

- Select data fields from Daily Activity Report (DAR) data from 1/4/2016 through 3/22/2023: produced in Excel format
- Full list of licenses: produced in Excel format
- Number and types of Level II grievances filed by LIQ employees from 1/1/2021 through 2/28/2023 provided by the Department of Human Resources ("DHR")
- Number and types of complaints filed by LIQ employees from 1/1/2021 through 4/30/2023 as provided by Equal Opportunity Administrator
- Disciplinary actions between 1/1/2021 to 3/16/2022

## Interviews

- 15 former and current LIQ employees, including all persons listed as Enforcement Investigators as of 2/23/2023
- All Enforcement Investigator interviews were explicitly voluntary.*

Ride Along: Saturday 5/20/2023 7pm to Sunday 5/21/2023 3am by Review Team member M. Sewell.

*Interviewees were advised at the beginning of the interviews that they may end the interview at any time and may decline to answer any question. None did. Interviewees who were represented by counsel were offered the opportunity to have counsel present either in person or by phone during the interview. None invited counsel.

4



# Background and Context

Overview of Structure

6



*Reviewer simplified version of org charts provided by LIQ.
**As of 6/6/2023



*Number of positions and vacancies provided by LIQ.

# Laws and Rules Being Enforced





§281-20 **General right of inspection.** Any investigator may, at all times, without notice and without any search warrant or other legal process, visit and have immediate access to every part of the premises of every licensee for the purpose of making any examination or inspection thereof or inquiry into the books and records therein, to ascertain whether all of the conditions of the license and all provisions of this chapter are being complied with by the licensee. [L Sp 1933, c 40, §10; RL 1935, §2579; RL 1945, §7230; RL 1955, §159-19; HRS §281-20; am L 1986, c 344, §14; am L 1990, c 171, §7; am L 2022, c 76, §5]

§3-81-20. **GENERAL RIGHT OF INSPECTION.** Without notice, search warrant, or other legal process, a licensee shall provide an investigator immediate access to every part of the licensed premises for the purpose of making an examination or inspection thereof of items related to the licensee's compliance with the liquor laws or rules. Except as prohibited by laws governing confidential or protected information, said examination or inspection shall include, but not be limited to, any books and records of the licensee kept on the licensed premises which relate to the licensee's compliance with the liquor laws or rules. Items discovered during such examination or inspection shall be used for the purpose of enforcement of the liquor laws or rules.

9

## Mission Statement*

We, the men and women of the Honolulu Liquor Commission, are firmly committed to provide outstanding regulatory services to enhance the quality of life in the City and County of Honolulu, and to create a safe and healthy environment for the public.

*We are proudly guided by these principles*

### ACCOUNTABILITY

We hold ourselves to the highest levels of accountability and ethical standards. We work relentlessly to achieve excellence in the community that we serve.

### TRANSPARENCY

We pride ourselves in maintaining a high degree of transparency and openness in our operations. We welcome all to participate and to be heard. We understand that the public's trust is something that is not given, but EARNED.

### DILIGENCE

We work diligently to ensure that the liquor laws of the State of Hawaii and the Rules of the Liquor Commission are administered fairly and equitably to protect the health, safety, and community welfare of the citizens of the City and County of Honolulu.

## Vision

The Honolulu Liquor Commission is dedicated to extending its scope of services to our licensees, partner law enforcement agencies, and the public through enhanced technologies, increased efficiency, and broader community outreach. We will continue to develop as a model agency for other states, cities, and municipalities.

10

*As shown on LIQ website 6/6/2023.

10

# FY24 PERFORMANCE METRICS*

**Enforcement**
- Decrease number of days it takes to investigate and close public complaints.

**Licensing**
- Under Act 76 (SLH 2022) requirements, establish baseline average processing time for license applications (to formulate subsequent improvement metrics).

**Audit**
- Develop monthly virtual/interactive GLS training for new/transfer licensees; improve annual GLS workshop for all licensees.

11

*As provided by LIQ.

# Culture

What is the culture in the Enforcement Section? How does it fit into the overall culture of the Liquor Administration ("LIQ")?

12

# Enforcement Statistics*

| Total Number of Licensees (as of 2/15/23): | | 1,463 |
|---|---|---|
| Manufacturer | 7 | |
| Brewpub | 12 | |
| Small Craft Producer Pub | 9 | |
| Wholesale Dealer | 28 | |
| Retail Dealer | 516 | |
| Restaurant | 573 | |
| Dispenser | 216 | |
| Club | 13 | |
| Cabaret | 11 | |
| Tour/Cruise Vessel | 23 | |
| Hotel | 52 | |
| Condominium Hotel | 2 | |

| | |
|---|---|
| Complaints Investigated FY22: | 300+ |
| Premises Inspected FY22: | 6,500+ |
| Written Warnings FY22: | 225+ |
| Violations FY22: | 390+ |

### Staffing & Caseload**: 33% of Capacity

- Number of Active Enforcement Investigators as of 2/15/23 = 7
- Average licensee/investigator = 209

- Number of Enforcement Investigator Positions = 21
- Average licensee/investigator if fully staffed = 69.67

13

*The summary statistics on the left were provided by LIQ.
**Number of active investigators and positions provided by LIQ; calculation by Reviewer.



# Enforcement Org Chart as of 2/23/2023*

**ENFORCEMENT SERVICES BRANCH**

SUPERVISING LIQUOR CONTROL INVESTIGATOR – CATHERINE FONTAINE

LIQUOR CONTROL INVESTIGATOR III – GLEN NISHIGATA
LIQUOR CONTROL INVESTIGATOR III – JACOB FEARS

LIQUOR CONTROL INVESTIGATOR II – DELIS ESTABILIO JR.
LIQUOR CONTROL INVESTIGATOR II – CHAD "KAI" KAAIKAULA
LIQUOR CONTROL INVESTIGATOR I – JHUMAR RAY WAITE  – ON LEAVE**
LIQUOR CONTROL INVESTIGATOR I – MATTHEW QUESADA
LIQUOR CONTROL INVESTIGATOR I – ALEXIS DIEGO
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT
LIQUOR CONTROL INVESTIGATOR I - VACANT

14

*Provided by LIQ
**On paid leaved since 2/9/2023

# Enforcement Culture

Isolated: work hours (7pm-3am, Tuesday-Saturday) isolates it from the rest of LIQ

Embattled: subject of vocal complaints and disclosure of personal information
- Staff indicated issues with low moral, understaffing, and low pay.

Internally dependent: rely on each other for work performance and safety
- Supervisors described by some as being sensitive to criticism and "cliquey"

Absence of consistent policies, procedures, methodologies
- Staff indicated they felt no sense of purpose, no standard to meet, and no clear objectives
- Staff indicated lack of institutional knowledge
- Staff indicated that enforcement practices often change: "flavor of the month", "flavor of the week"*

Absence of structured training and clear performance evaluation criteria

Paper-based activity tracking systems creates inefficiencies and inaccuracies

15

*Quotations in this report indicate the best recollection of the Reviewer from interviews: they are not necessarily always exactly quotes.

# Broader LIQ Culture

**Lacks leadership, consistency, and institutionalized practices**

- Staff indicated that whenever new leaders come into position, everything starts "from scratch"*.

**Siloed: staff reported that each section feels separate and there was no teamwork**

**Conflicts, hostility, distrust**

- 6 internal complaints** (2021-2022): 5 involve Licensing.
- Licensing reported*** 15 complaints (2021-2022), 13 of which were Licensing complaints against other parts of LIQ, mainly Front Desk.
- Two individual Level II grievances: from same individual in Licensing
- Six disciplinary actions, all but one involve Licensing Investigators, two of whom each had two matters.
- Tension between Licensing and Enforcement, and between Licensing and Front Desk
- Complaint to the union re: insufficient training on new system
- One pending EEOC/HCRC complaint from one Enforcement investigator

**HPD legacy and influence in policies, procedures, practices, personnel, especially in Field Services**

16

*Quotations in this report indicate the best recollection of the Reviewer from interviews: they are not necessarily always exactly quotes.
**Complaints categorized as "Internal Affair" complaints coming from internal sources.
***In response to Reviewer request for listing of complaints, supervisors interpreted the request differently. Some listed complaints they received, some listed complaints they are aware of (received or made).

# Policies & Procedures

What policies and procedures exist to guide Enforcement practices?

17

# Policy & Procedures Framework



| | |
|---|---|
| **Standards of Conduct** | • Topics: types of misconduct such as physical abuse, substance abuse, etc.<br>• Date: Revised June 2022 |
| **105 AP's [AP-1 to AP-105]** | • Topics: range from smoking policy to filing fees to outside employment<br>• Dates: 1993 - 2007 |
| **17 Ps [P-01 to P-17]** | • Topics: ranges from complaint intake to firearms to progressive discipline<br>• Dates: 2006 - 2007 |
| **14 L's [L101-114]:** | • Topics relate to Licensing: e.g. liquor stock report, change of category and classification<br>• Dates: 1993 - 2000 |
| **14 I's [I-151 to I-164]** | • Topics relate to Enforcement: e.g. Report writing, radio system<br>• Dates: 1994 - 2001 |
| **4 93's [93-1 to 93-4]:** | • Topics: payroll, counter hours, executive session minutes, gross sale reports.<br>• Dates: 1993-1998 |

18

18



# Policies & Procedures: Examples*

## Outdated

- Most recent AP/AD = 2007
- Superseded policies remain on the book: P-1 (2006) superseded AP-15 (1996).

## Not Applicable

- AP-63 "Physical Lineups and Photographic Identifications"
- P-08 "Firearms"
- P-17 "Applicant for Search Warrant"
- LIQ Investigators do not conduct lineups, carry firearms, or apply for search warrants

## Poorly Written

- P-14 "Progressive Discipline": evidence is required only "if applicable" in investigations
- Mandates tasks without identifying owners (examples in Complaint Handling Section)

20

*These are examples – not exhaustive listing – of policies and procedures which fit the descriptions of the observations.

20

# Policies & Procedures: Examples*

- Staff indicated they would not know where to find policies and procedures even if they wanted to.
- Almost all unaware of certain policies such as AP-41 ( "Bias Based Profiling") or P-07 ("Management of Aggressive Behavior")
- Wrote up protocols on warnings instead of referring to AP-25

- AP-53: mandates annual goals and objectives
- AP-54: requires Investigator III to spend 50% time on licensing
- AP-41: requires "Bias Based Profiling" content in basic and all in-service training.
- AP-93: requires monthly production of 12-month training schedule

- AP-54 (2006) and I-152 (1993) both titled "Scope of Authority," but the later document did not reference the earlier. I-152 only addressed Enforcement procedures.
- AP-42 (2006): "Code of Ethics". Unclear how it relates to the Code of Conduct?

**Not Known**

**Not Followed**

**Repetitive**

21

*These are examples – not exhaustive listing – of policies and procedures which fit the descriptions of the observations.

## Policies and Procedures – Outside of Formal Framework

**Informal protocols by supervisors/trainers**

- Supervisors/trainers wrote up their own descriptions of operational protocols for training and in response to Review request: "Day Duties", "Assignments", "Complaint Intake Process", "Written Warnings", "Daily Activity Reports"

**Policies by email**

- Audit principles and procedures: documented only as email and/or in personal folders. Not indexed or posted either internally or externally.
- An employee citing "Tammy's email dated, August 14, 2018, titled Date/Time Stamp procedure for New/Temporary/Transfer Applications" as policy.*

**Policies by copy & paste**

- Standards of Conduct bears striking resemblance to HPD Standards of Conduct**:
  - Stresses "command", "orders be obeyed", "LOYALTY",
  - Forbids "COWARDICE" and "MISTREATMENT OF DETAINEES"
- Many policies seemed to be written for a police department

22

*Tammy presumably referred to Tammie Uyechi, Administrative Services Officer II at the time.
**HPD Standards of Conduct: https://www.honolulupd.org/wp-content/uploads/2020/01/StandardsofConduct-03-21-2017-20-10-41.pdf

# Rules of the Liquor Commission (Last revised March 2018): Needs to be Modernized?

**§3-82-38.2.  Liquor Laws and Rules on Licensed Premises.**  Every licensee (except special licensees, transient vessel per day, and caterer) shall have a current copy of the statutes relating to intoxicating liquor and the rules of the Commission in English available at all times on the licensed premises.  Customers shall be entitled to examine the statutes and rules upon request

**Must this be a paper copy or can it be an electronic PDF or simply a computer connected to the internet?**

**Paper time card appears to be the acceptable default: electronic system requires approval.**

**§3-82-38.4.  Employee Records.**  (a)  All dispenser, cabaret, hotel, club, restaurant, brewpub, condominium hotel, winery, bring-your-own-beverage, and small craft producer pub licensees, including temporary licenses, shall have available on the licensed premises a time card or other adequate record showing in English the month, day, year, and time, indicating a.m. or p.m. and the legal first name and surname of each employee when that employee is on duty.  This rule also applies to managers but does not apply to entertainers or kitchen staff who do not handle, serve or sell liquor.
    (b)  Time record entries shall be made at the time the employee reports on duty and again when the employee goes off duty.  If the employee is a minor, the licensee shall print on the time record below the employee's name that said employee is a minor.  Employee time records shall be preserved for at least six months.
    (c)  Electronic or otherwise recorded payroll registration may be used for the purposes of this rule with the Administrator's approval.

23

# Recruitment, Training, Evaluation, Promotion

How does Enforcement recruit its personnel? What training is provided? How is performance evaluated? How are promotions considered?

24

# Recruitment

| Limitations | Reactive | Law Enforcement Orientation | Long process |
|---|---|---|---|
| • Low Pay: entry level $46K/year<br>• Limited vertical advancement<br>• Night schedule<br>• Visibility and public scrutiny | • Relying on people to search for the job<br>• Word of mouth | • Entry level: People interested in law enforcement jobs<br>• Contractors: People retired from law enforcement jobs | • Can and reportedly have lost viable candidates<br>• City average time from referral (candidate list sent from DHR to department) to selection (offer made) = 46 days; range = 5 to 108 days.* |

25

*Data from 2022 to March 2023

25

# Search on City's Website (6/6/2023)



# Google Search (6/6/2023)



# Training

**Two-week in-office Enforcement training before being sworn-in**

- 1-on-1 instruction by contractor or supervisor
- Most only recalled training on liquor laws and regulations and report writing
- Some recalled Power Point presentations on organization, mission, Standards of Conduct
- Some recalled being given Standards of Conduct without explanation
- No Enforcement personnel mentioned the administrative directives
- No training on topics such as communications or de-escalation

**On the job training: Probationary investigators must ride with a shift supervisor**

**Past training opportunities (as reported by interviewees)**

- Statewide liquor control conferences; mock trial; substance abuse; Narcan; behavioral analysis

**Reports: no standard template, only samples.  "Everybody does it a bit differently"**

**Everyone wants more training**

- Staff indicated need for more training, more structured training, and recurring training.

28

28

# From LIQ's budget presentation (March 2023)

 **INVESTIGATOR TRAINING INITIATIVES**

- PATC Calming the Fire:  Principles for De-Escalation & Understanding People **NEW**
- National Certified Investigator & Inspector Training Council (CLEAR) **NEW**
- Public Agenda Training Council Internal Affairs Conference
- National Liquor Law Enforcement Association Annual Training Symposium
- State Liquor Investigators Workshop

FY24 Investigator Training Expense $48,250
increased from FY23 budgeted amount of $20,000 (141% increase)

**Speaking: Anne Hirai, Assistant Administrator, Liquor Commission**

29

# Performance Evaluation

No goals and objectives

No documented standard for passing probation

Staff indicated that there was no "formal sit down"* for evaluation, but more like a "mental note"* about who is performing well.

Staff indicated they were not aware of criteria for evaluation, and believed it was likely based on the supervisor's feeling.

Staff indicated that they saw nothing that would prevent promotions.

## Performance Evaluation Form**

| FACTOR | RATING | | |
|---|---|---|---|
| Quality of Work | ☑SAT | ☐SUBSTD | ☐NA |
| Quantity of Work | ☑SAT | ☐SUBSTD | ☐NA |
| Reliability and Initiative | ☑SAT | ☐SUBSTD | ☐NA |
| Safety and use of equipment | ☑SAT | ☐SUBSTD | ☐NA |
| Relationship with others | ☑SAT | ☐SUBSTD | ☐NA |
| Job knowledge | ☑SAT | ☐SUBSTD | ☐NA |

The following factors apply to supervisors only. Note some factors may not apply to specific positions

| FACTOR | RATING | | |
|---|---|---|---|
| Communication | ☑SAT | ☐SUBSTD | ☐NA |
| Problem solving and decision making | ☑SAT | ☐SUBSTD | ☐NA |
| Creativity and innovation | ☑SAT | ☐SUBSTD | ☐NA |
| Supervision | ☑SAT | ☐SUBSTD | ☐NA |
| Appraising subordinates | ☑SAT | ☐SUBSTD | ☐NA |
| Planning, organizing and setting priorities | ☑SAT | ☐SUBSTD | ☐NA |

30

*Quotations in this report indicate the best recollection of the Reviewer from interviews: they are not necessarily always exactly quotes.
**Standard City Evaluation Form: not unique to LIQ



# Interview Questions for Liquor Investigator III (May 3, 2022)

*

**8 Areas of Assessment (11 Questions):**

- Leadership Experience
- Team Player
- Ethics and integrity
- Honesty, trustworthiness
- Dealing with others
- Law, Ordinances, Rules
- Interpersonal communications
- Oral Communication

**Competency assessed: Team player.** One of the most difficult, yet rewarding aspects of a Liquor Control Investigator is building professional relationships with our partner law enforcement agencies and other governmental agencies. These relationships are often difficult to build and maintain, and can be sometimes destroyed due to professional conflicts or mere personal perceptions.

**Question #2:**

a) Tell me about your experience working with our local law enforcement partners and other governmental agencies.

b) What you have done to foster and build those relationships.

c) What, if any difficulties in building these relationships have you come across and how did you overcome them?

Question #8: **

What are some of the basic contents of the Miranda warnings?

**Competency Assessed: Laws, Ordinances, Rules.** Understand and interpret laws, ordinances, rules and regulations, and policies.

**Question #7:** **

a) What are the rights afforded under the Fifth Amendment of the US Constitution?
b) Describe how the Fifth Amendment of the US Constitution impacts how you would do your job at the Honolulu Liquor Commission. Please provide details.

32

*Emphasis on collaboration with law enforcement agencies over internal stakeholders.
**These questions bear little relevance to either Enforcement or Licensing Investigators' work.

# Interview Questions for Supervising Liquor Control Investigator (undated)

## 8 Areas of Assessment (8 Questions):

• Technical Language
• Leadership
• Work Ethics
• Honesty and Compassion
• Legal Knowledge
• Agency Goals & Objectives
• Oral Communications
• Writing Skills

• Questions 1-4 elicit personal experience narratives: "Tell us about a time when..."
• Question 5-6 are "knowledge tests"
• Question 7 is based on performance at the interview
• Question 8 is based on a writing sample to be completed on the spot in 15 minutes

*

What was the landmark 4th Amendment United States Supreme Court ruling in 1968 that has set the legal standard and expectations of law enforcement officers when conducting investigative stops, and what was the legal standard established? Can you define what that legal standard is? (*Pause for Response)

Please describe how that legal standard dictates what Liquor Control Investigators do, and in what situations it would play heavily into the validity of your subordinate's investigation.

33

*This question bears little relevance to either Enforcement or Licensing Investigators' work.

# Enforcement Practices

What are the criteria and methodology for Enforcement assignments and selection of inspections? What patterns – if any – exist for Enforcement activities?

34

# Enforcement: Shift Overview

**Hours: 7pm – 3am, Tuesdays through Saturdays**

- Day shift is more exception than norm: serving papers, vehicle maintenance, attending hearing, etc.

**Team Assignments**

- Island divided into 8 districts that parallels HPD district & beat boundaries*
- Shift supervisors assign districts and partners: no standard rotation due to understaffing
- Probationary investigators must partner with a supervisor

**Tasks: investigate complaints, service legal papers, regulatory inspections**

**Once in assigned district, no methodology for selecting inspection sites:**

- Some investigators indicated they would park somewhere and walk around
- Some investigators indicated they would pick random places that they believed not to have been inspected in a while
- Some investigators indicated they would observe which establishments were crowded and which were not
- Some investigators would look to see if an establishment looked extra busy and go find out why
- No formal process for recusal (e.g. prior relationship with licensees, etc.)
- Efforts to diversify inspection sites based on review of paper DARs and hearing calendar
- No set or minimum number of inspections

**Shoulder taps: minors purchasing alcohol**

- Question whether citations are sustained by Prosecuting Attorneys?

35

*Policy AP-47 (2006)



*Investigator names – other than as displayed in the org chart on slide 14 - have been redacted in this report.

# Paper-Based Time & Activities Tracking

- Paper DARs
- Paper evidence log
- Paper vehicle forms
- Paper complaint assignments
- Paper time sheets: a printed Excel spreadsheet for each section. Employees write in and out time.
- Paper overtime ("OT") requests: paper slip completed by employees and signed by supervisor; checked against paper time sheets
- No evidence that anyone checks DARs against time sheets or OT requests
  - Example: Three investigators submitted OT for 10/11/2020:, one had no corresponding DAR entries for that day.



37

# Current use of data

**Capacity to generate certain Enforcement-specific reports:**

- Inspection count by services/classes/licenses
- Top licenses with highest inspection counts
- Top inspection types
- Violation summary
- Inspection for unlicensed

**Used mostly to respond to inquiries**

**Limitation: data inconsistencies and inaccuracies**



G Drive > LIQ > General > Access (among many other DBs) > reports

38

# DAR Data

**Review Process**

- Received all data in Excel format: converted from SQL data by Department of Information Technology ("DIT") Specialist
- First DAR data set 1/1/2021 – 2/28/2023 (28831 lines)
- Second DAR data set 1/1/2016 – 3/22/2023 (87938 lines)
- List of licenses issued 5/24/1919 – 4/6/2023 (18303 lines)*
- Consolidated entries of the same business location, and time-in from the DAR data by different investigators: but unable to consolidate all due to data discrepancies (e.g. inconsistent coding, misspelled licensee/location)

**Issues**

- Paper DAR: sometimes in-out time not recorded
- Entry errors
- Coding inconsistencies
- Drive-by's
- Retroactive entry modification

39

*License data includes "Issue Date" (=the date the license was first issued), "Start Date" (= the date the license is most recently renewed) and "Expiration Date" (= the date the license expires). License date range provided above is based on Issued Date of the licenses.

39

# Entry errors: one inspector, one day



| | Time In | Time Out | |
|---|---|---|---|
| | 9/29/2022 0:51 | 9/29/2022 10:53 | Unlikely to have spent 10 hours on location |

| Address | Time In | Time Out | |
|---|---|---|---|
| 2280 KUHIO AVE | 9/29/2022 2:09 | 9/29/2022 2:09 | |
| 100 N. BERETANIA ST, SUITE 108 | 9/29/2022 2:10 | 9/29/2022 2:11 | Impossible distance to cover in one minute |
| 407 KAPAHULU AVE | 9/29/2022 22:48 | 9/29/2022 23:01 | |
| 92-1185 ALIINUI DR | 9/29/2022 23:00 | 9/29/2022 23:16 | Second inspection started before the prior one ended |
| 2919 KAPIOLANI BLVD, #106 | 9/29/2022 22:19 | 9/29/2022 22:38 | |
| 4561 SALT LAKE BLVD | 9/29/2022 22:28 | 9/29/2022 22:37 | |

40

## "Service Type" Coding

| Service Type | DAR Entry Count |
|---|---|
| NORMAL INVESTIGATION | 34575 |
| NOT-SPECIFIED | 6473 |
| OTHER MISC. | 4111 |
| COMPLAINT | 1336 |
| FINDING OF FACT - DECISION AND ORDER | 1017 |
| LEGAL SERVICE-NOTICE OF HEARING | 765 |
| LATE GLS | 469 |
| WARNING FOLLOW-UP | 457 |
| SPECIAL OPERATION | 248 |
| AUDIT FINDINGS | 179 |
| LEGAL SERVICE-STIPULATION AND WAIVER | 137 |
| FIELD SERVICE | 120 |
| SPECIAL EVENT | 95 |
| SUBPOENA | 10 |
| GLS-UNPAID ADDITIONAL FEE | 7 |
| LEGAL SERVICE-DISCLOSURE | 4 |
| **Grand Total** | **50003** |

41

# Coding: "Normal Investigation"

| Service Type | Business Class | Zip Code | Time In | Time Out | comments |
|---|---|---|---|---|---|
| NORMAL INVESTIGATION | TOUR/CRUISE VESSEL | 96815 | 9/17/2022 19:27 | 9/17/2022 20:30 | [modified for display]* Complaint # [modified for display]* |
| NORMAL INVESTIGATION | DISPENSER | 96797 | 9/17/2022 21:25 | 9/17/2022 21:35 | R.W. NOV # [modified for display]* Served |
| NORMAL INVESTIGATION | RETAIL | 96701 | 9/17/2022 22:15 | 9/17/2022 22:35 | S/T** |
| NORMAL INVESTIGATION | RETAIL | 96814 | 9/17/2022 23:07 | 9/17/2022 23:27 | S/T** |
| NORMAL INVESTIGATION | RETAIL | 96816 | 9/17/2022 23:35 | 9/17/2022 23:55 | S/T** |

42

*Comments have been modified from the raw data for display to remove complaint and violation numbers
**S/T = "Shoulder Tap"

# Coding: "Not Specified"

| Service Type | License Name | Class | Zip | Date | Time-in | Time-out | COMMENTS |
|---|---|---|---|---|---|---|---|
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 02:30 | 03:00 | 10-1 |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 01:11 | 02:02 | 10-1/ Report Writing |
| NOT-SPECIFIED | MR. OJISAN | DISPENSER | 96826 | 9/17/2022 | 23:16 | 23:20 | |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 01:00 | 01:55 | |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 04:08 | 04:30 | |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 02:30 | 02:50 | |
| NOT-SPECIFIED | TEMP EMP REGISTRATION | UNLICENSED PREMISE | 96815 | 9/17/2022 | | | |
| NOT-SPECIFIED | TEMP EMP REGISTRATION | UNLICENSED PREMISE | 96815 | 9/17/2022 | | | |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 02:31 | 03:00 | 10-1 |
| NOT-SPECIFIED | TEMP EMP REGISTRATION | UNLICENSED PREMISE | 96815 | 9/17/2022 | | | |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 02:34 | 03:00 | End of Shift |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 00:23 | 01:18 | Resume |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 20:43 | 21:33 | Back to Office Ride w/ [modified for display] |
| NOT-SPECIFIED | TEMP EMP REGISTRATION | UNLICENSED PREMISE | 96815 | 9/17/2022 | | | |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 02:34 | 03:00 | 10-1 |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 23:33 | 01:48 | 10-1 |
| NOT-SPECIFIED | TEMP EMP REGISTRATION | UNLICENSED PREMISE | 96815 | 9/17/2022 | | | |
| NOT-SPECIFIED | SAFEWAY STORES NO. 214 | RETAIL | 96701 | 9/17/2022 | 22:15 | 22:35 | S/T |
| NOT-SPECIFIED | 7-ELEVEN STORES NO. 54274 | RETAIL | 96814 | 9/17/2022 | 23:06 | 23:26 | S/T |
| NOT-SPECIFIED | WANG CHUNG'S | DISPENSER | 96815 | 9/17/2022 | 02:11 | 02:13 | Closed |
| NOT-SPECIFIED | THE CHEESECAKE FACTORY | RESTAURANT | 96815 | 9/17/2022 | 02:08 | 02:10 | Closed |
| NOT-SPECIFIED | THAI ISSAN WAIKIKI | RESTAURANT | 96815 | 9/17/2022 | 02:06 | 02:06 | Closed |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 04:08 | 04:30 | End of Shift |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 02:34 | 02:50 | Now Partnered With INVESTIGATOR C, INVESTIGATOR G, and INVESTIGATOR E |
| NOT-SPECIFIED | MISC. ADMIN. | UNLICENSED PREMISE | 96815 | 9/17/2022 | 23:34 | 01:55 | Report Writing |
| NOT-SPECIFIED | TEMP EMP REGISTRATION | UNLICENSED PREMISE | 96815 | 9/17/2022 | | | |

43



# Post 2am Drive-By*

| Service Type | Class | Zip | Date | Time-in | Time-out | COMMENTS |
|---|---|---|---|---|---|---|
| NORMAL INVESTIGATION | RESTAURANT | 96816 | 9/17/2022 | 02:03 | 02:04 | Closed |
| NORMAL INVESTIGATION | BREW PUB | 96817 | 9/17/2022 | 02:05 | 02:06 | Closed |
| NORMAL INVESTIGATION | DISPENSER | 96816 | 9/17/2022 | 02:05 | 02:11 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96815 | 9/17/2022 | 02:06 | 02:06 | Closed |
| NOT-SPECIFIED | RESTAURANT | 96815 | 9/17/2022 | 02:06 | 02:06 | Closed |
| NORMAL INVESTIGATION | BREW PUB | 96826 | 9/17/2022 | 02:07 | 02:07 | Closed |
| NORMAL INVESTIGATION | BREW PUB | 96826 | 9/17/2022 | 02:07 | 02:07 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96815 | 9/17/2022 | 02:08 | 02:10 | Closed |
| NOT-SPECIFIED | RESTAURANT | 96815 | 9/17/2022 | 02:08 | 02:10 | Closed |
| NORMAL INVESTIGATION | DISPENSER | 96817 | 9/17/2022 | 02:09 | 02:10 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96817 | 9/17/2022 | 02:11 | 02:13 | Closed |
| NORMAL INVESTIGATION | DISPENSER | 96815 | 9/17/2022 | 02:11 | 02:13 | Closed |
| NOT-SPECIFIED | DISPENSER | 96815 | 9/17/2022 | 02:11 | 02:13 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96816 | 9/17/2022 | 02:12 | 02:12 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96816 | 9/17/2022 | 02:12 | 02:12 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96816 | 9/17/2022 | 02:14 | 02:14 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96816 | 9/17/2022 | 02:14 | 02:14 | closed |
| NORMAL INVESTIGATION | DISPENSER | 96817 | 9/17/2022 | 02:14 | 02:15 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96826 | 9/17/2022 | 02:18 | 02:19 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96826 | 9/17/2022 | 02:20 | 02:21 | Closed |
| NORMAL INVESTIGATION | DISPENSER | 96814 | 9/17/2022 | 02:22 | 02:23 | Closed |
| NORMAL INVESTIGATION | RESTAURANT | 96814 | 9/17/2022 | 02:24 | 02:25 | Closed |

**Same site**
**Same day**
**Different teams**
**Different codes**

44

*Investigators drive/walk by establishments that are required to close at 2:00am to see if they are in fact closed for business.

# One restaurant, one day, 12 entries, 4 inspectors



| Investigator Count | serviceType | timeIn | timeOut | notice | noticeType | ruleCode |
|---|---|---|---|---|---|---|
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28894 | VIOLATION | 3-82-38.5(b) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28894 | VIOLATION | 3-82-38.5(b) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28894 | VIOLATION | 3-82-38.5(b) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28894 | VIOLATION | 3-82-38.5(b) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28893 | VIOLATION | 3-82-38.4(c) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28893 | VIOLATION | 3-82-38.4(c) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28893 | VIOLATION | 3-82-38.4(c) |
| 4 | COMPLAINT | 8/11/2022 22:17 | 8/11/2022 23:21 | 28893 | VIOLATION | 3-82-38.4(c) |
| 2 | NORMAL INVESTIGATION | 8/11/2022 23:51 | 8/11/2022 0:00 | 0 | PASS | |
| 2 | NORMAL INVESTIGATION | 8/11/2022 23:51 | 8/11/2022 0:00 | 0 | PASS | |
| 2 | NORMAL INVESTIGATION | 8/11/2022 1:45 | 8/11/2022 2:09 | 0 | PASS | |
| 2 | NORMAL INVESTIGATION | 8/11/2022 1:45 | 8/11/2022 2:09 | 0 | PASS | |

Twice on same night: 22:17, then 22:51

Time in reverse

Two visits by two of the four investigators: 23:51, then 1:45

45



## Multiple Investigators Reporting Same Activities

| # of Investigators | # of Entries |
|---|---|
| 1 | 5302 |
| 2 | 30520 |
| 3 | 10122 |
| 4 | 2493 |
| 5 | 853 |
| 6 | 463 |
| 7 | 188 |
| 8 | 52 |
| 9 | 10 |
| Grand Total | 50003 |

Inspections by number of Inspectors

46

# Reasons Given for Number of Investigators

| # of Investigators | # of Entries | Reason |
|:---:|:---:|---|
| 1 | 5302 | Serving legal or audit papers |
| 2 | 30520 | Routine partnering |
| 3 | 10122 | Odd number of inspectors available |
| 4 | 2493 | Sound meter set up; larger/crowded venues |
| 5 | 853 | 537 (63%) "Unlicensed Premises"; 145 dispensers; 119 restaurants |
| 6 | 463 | 401 (87%) "Unlicensed Premises"; 25 restaurants, 21 dispensers |
| 7 | 188 | All but three "Unlicensed Premises" |
| 8 | 52 | All but one "Unlicensed Premises" |
| 9 | 10 | All "Unlicensed Premises" |

"Unlicensed Premises" coding include a variety of activities ranging
from return to office to filling up car with gas to area patrols.

47

# Multiple Investigators

| Investigator name | Partner1 | Partner2 | Service Type | Licensee Name | Date | Time-in | Time-out | Comments |
|---|---|---|---|---|---|---|---|---|
| INVESTIGATOR D | INVESTIGATOR E | N/A | NORMAL INVESTIGATION | BERNINI RESTAURANT GROUP, INC. | 2/2/2023 | 02:19 | 02:19 | Closed |
| INVESTIGATOR G | INVESTIGATOR C | INVESTIGATOR B | NORMAL INVESTIGATION | BERNINI RESTAURANT GROUP, INC. | 2/2/2023 | 02:19 | 02:19 | Closed |
| INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR G | NOT-SPECIFIED | BERNINI RESTAURANT GROUP, INC. | 2/2/2023 | 02:19 | 02:19 | Closed |

5 Investigators

Post 2am drive-by

Only three entries: should have been five

Different "Service Type" coding

48

# 3/18/2023 Four investigators with identical time entries*

| License # | Class | Zip Code | Investigator | Partner1 | Partner2 | Partner3 | Service Type | Time-In | Time-out |
|---|---|---|---|---|---|---|---|---|---|
| D1309 | RETAIL | 96815 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR F | AUDIT FINDINGS | 20:12 | 20:19 |
| D1309 | RETAIL | 96815 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | NORMAL INVESTIG | 20:12 | 20:19 |
| D1309 | RETAIL | 96815 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | AUDIT FINDINGS | 20:12 | 20:19 |
| D1309 | RETAIL | 96815 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | AUDIT FINDINGS | 20:12 | 20:19 |
| R1458 | RESTAURANT | 96826 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR F | FINDING OF FACT | 20:24 | 20:31 |
| R1458 | RESTAURANT | 96826 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | FINDING OF FACT | 20:24 | 20:31 |
| R1458 | RESTAURANT | 96826 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | FINDING OF FACT | 20:24 | 20:31 |
| X8888 | UNLICENSED PREMISE | 96815 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | NORMAL INVESTIG | 20:24 | 21:12 |
| X8888 | UNLICENSED PREMISE | 96815 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | SPECIAL EVENT | 20:43 | 21:12 |
| X8888 | UNLICENSED PREMISE | 96815 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | | **Being at two places at the same time** | | |
| R1018 | RESTAURANT | 96817 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | | | | |
| R1018 | RESTAURANT | 96817 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | FINDING OF FACT | 21:18 | 21:26 |
| R1330 | RESTAURANT | 96701 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | FINDING OF FACT | 21:54 | 22:00 |
| R1330 | RESTAURANT | 96701 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | FINDING OF FACT | 21:54 | 22:00 |
| R1330 | RESTAURANT | 96701 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR F | FINDING OF FACT | 21:54 | 22:00 |
| R1018 | RESTAURANT | 96817 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR F | FINDING OF FACT | 21:54 | 22:00 |
| E0634 | DISPENSER | 96817 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | FINDING OF FACT | 22:16 | 22:25 |
| E0634 | DISPENSER | 96817 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR F | FINDING OF FACT | 22:16 | 22:25 |
| E0634 | DISPENSER | 96817 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | FINDING OF FACT | 22:16 | 22:25 |
| R1085 | RESTAURANT | 96817 | INVESTIGATOR F | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | FINDING OF FACT | 22:30 | 22:43 |
| R1085 | RESTAURANT | 96817 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | FINDING OF FACT | 22:30 | 22:43 |
| R1085 | RESTAURANT | 96817 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR F | FINDING OF FACT | 22:30 | 22:43 |
| E0226 | DISPENSER | 96813 | INVESTIGATOR B | INVESTIGATOR C | INVESTIGATOR D | INVESTIGATOR B | FINDING OF FACT | 22:48 | 22:55 |
| E0226 | DISPENSER | 96813 | INVESTIGATOR D | INVESTIGATOR C | INVESTIGATOR B | INVESTIGATOR F | FINDING OF FACT | 22:48 | 22:55 |

49

*Four inspectors appeared to have spent most of the evening serving legal papers. There are no entries past midnight (no entries for 3/19/2023). There are, however, entries between 0:00-3:00 for 3/18/2023, indicating either activities on the prior night or entry error in date.



# Retroactive Entry Modification

| Days | Entries |
|---|---|
| 34 | 18 |
| 35 | 31 |
| 36 | 8 |
| 37 | 11 |
| 38 | 11 |
| 39 | 16 |
| 40 | 15 |
| 41 | 11 |
| 70 | 13 |
| 82 | 12 |
| Total | 146 |

■ INVESTIGATOR F  ■ INVESTIGATOR C  ■ INVESTIGATOR G  ■ INVESTIGATOR B

**DARs entered or modified 1/1/2023 – 4/30/2023 for a date
more than 30 days prior to the entry/modification date**

50

# The Strange Case of 1/22/2023 Entries

**Total of 13 entries involving two investigators: INVESTIGATOR G and INVESTIGATOR F**

**DAR data produced in March 2023**

- 1/22/2023 entries listing INVESTIGATOR F as Investigator and INVESTIGATOR G as partner.
- No corresponding entry listing INVESTIGATOR G as investigator and INVESTIGATOR F as partner.
- Identical entries dated 2/22/2023, listing INVESTIGATOR G as investigator and INVESTIGATOR F as partner.
- As of 1/22/2023: INVESTIGATOR F was not working at LIQ and was out of state.

**Interviews where questions were asked about the 1/22/2023 entries**

- 4/5/2023: INVESTIGATOR F interviewed
- 5/3/2023: INVESTIGATOR G interviewed

**5/17/2023 DAR data query**

- 1/22/2023 entries no longer existed
- Now includes 2/22/2023 entries listing INVESTIGATOR F as investigator and INVESTIGATOR G as partner, with "complete" (submit/edit) date of 5/3/23 (70 days after the work date and same day as Investigator G's interview)

**Questions\***

- Who made the 1/22/2023 entries? Who removed them?
- Why did it take INVESTIGATOR F 70 days to add the 2/22/2023 entries?**
- If INVESTIGATOR F had mis-keyed 2/22 as 1/22 and corrected it after being interviewed, why wait four weeks to make the correction on the same day INVESTIGATOR G was interviewed?

51

\*This matter has been referred to HPD

\*\*Investigator F has no other DAR entries that are entered/modified more than 7 days past the work date.

# Enforcement Patterns

Some high level observations

52

# CAVEAT

**Due to multiple data issues, including those shown in the prior section:**

- The Review Team is using the data it received from LIQ to demonstrate **only** *broad patterns, proportionality, and relativity.*
- The numbers shown in this section (e.g. number of businesses, inspections, investigators) may contain duplications or other data issues, and should not be presumed to be absolute or precise.
- Unless otherwise stated, the date range for the data shown in this section (slides 52-75) is 1/4/2016 through 3/22/2023. This range includes licenses that may have expired in 2023, businesses that may no longer be in operation in 2023, and investigators who are no longer working at LIQ as of March 2023.

53



*The two zones between Districts 5 and 7 are Districts 1 (between Districts 5 and 7) and District 6 (lower left corner of District 7).



*Data only for businesses that held a valid license for at least 180 days from 1/4/2016 through 3/22/2023, excluding "UNLICENSED", "SPECIAL", and "SPECIAL NON FEE".

Green = 1 to 5 businesses in 1km grid
Yellow = 6 to 20 businesses in 1km grid
Red = more than 20 businesses in 1km grid



*Inspection" = DAR entries coded as "NORMAL INVESTIGATION" from 1/4/2016 through 3/22/2023.

Data only for Businesses that held a valid license for at least 180 days from 1/4/2016 through 3/22/2023, excluding "UNLICENSED", "SPECIAL", and "SPECIAL NON FEE".

Green = 0 to 20 total inspections in 1km grid
Yellow = 21 to 80 total inspections in 1km grid
Red = more than 80 total inspections in 1km grid

# WHERE Are the Licensed Businesses and Inspections?

| Zip Code* | Businesses** | Inspections*** | Inspections per Business | Licensed Business Days**** | Licensed Business Days per Inspection |
|-----------|--------------|----------------|--------------------------|----------------------------|----------------------------------------|
| 96815 | 343 | 5284 | 15.41 | 783960 | 148.36 |
| 96814 | 284 | 5827 | 20.52 | 609336 | 104.57 |
| 96817 | 160 | 4558 | 28.49 | 406483 | 89.18 |
| 96826 | 99 | 2165 | 21.87 | 238458 | 110.14 |
| 96813 | 125 | 1952 | 15.62 | 234805 | 120.29 |
| 96816 | 106 | 1812 | 17.09 | 214745 | 118.51 |
| 96819 | 73 | 469 | 6.42 | 179289 | 382.28 |
| 96797 | 61 | 1195 | 19.59 | 164955 | 138.04 |
| 96734 | 74 | 947 | 12.80 | 162117 | 171.19 |
| 96707 | 77 | 1064 | 13.82 | 139391 | 131.01 |
| 96701 | 65 | 1204 | 18.52 | 127706 | 106.07 |
| 96744 | 53 | 714 | 13.47 | 122493 | 171.56 |
| 96782 | 38 | 1027 | 27.03 | 81475 | 79.33 |
| 96792 | 35 | 275 | 7.86 | 79588 | 289.41 |
| 96786 | 31 | 449 | 14.48 | 78938 | 175.81 |
| 96789 | 26 | 330 | 12.69 | 58636 | 177.68 |
| 96825 | 24 | 716 | 29.83 | 54560 | 76.20 |
| 96712 | 30 | 489 | 16.30 | 52773 | 107.92 |
| 96706 | 20 | 279 | 13.95 | 48308 | 173.15 |
| 96822 | 17 | 179 | 10.53 | 41503 | 231.86 |
| 96818 | 18 | 310 | 17.22 | 35637 | 114.96 |
| 96821 | 12 | 93 | 7.75 | 34078 | 366.43 |

57

*This chart does not include 8 zip codes that all had fewer than 10 licensed businesses.
**Businesses = unique licensed business locations
***Inspections = DAR entries coded as "NORMAL INVESTIGATION"
****Licensed Business Days = sum of days all the businesses in the zip code held valid licenses

Highlighted pairs compare zip codes with similar number of businesses with dissimilar number of "Licensed Business Days per Inspection". It should be noted that the date range (1/4/2016 through 3/22/2023) may include businesses that were not open during that entire period.



*This is a visualization of the businesses with various frequencies of "NORMAL INVESTIGATION"-coded DAR entries.

Solid Green Dot = no "Normal Investigation" DAR entry
Green Circle = no more than 1 "Normal Investigation" DAR entry for every 180 days licensed
Yellow Circle = between 1-2 "Normal Investigation" DAR entries for every 180 days licensed
Orange Circle = between 2-6 "Normal Investigation" DAR entries for every 180 days licensed
Red Circle = more than 6 "Normal Investigation" DAR entries for every 180 days licensed

"SPECIAL", "SPECIAL NON FEE", and "UNLICENSED" licensee classes have been excluded. Businesses that did not hold a valid license for at least 180 days during the time range are also excluded.

## WHO Are the Frequently vs. Never Inspected Businesses?*

| Business Class** | Businesses w/ over 1 Inspection*** per 30 days |
|---|---|
| DISPENSER | 48 |
| RESTAURANT | 14 |
| CABARET | 2 |
| RETAIL | 1 |
| HOTEL | 1 |
| Grand Total | 66 |

| Business Class** | Businesses w/ 0 Inspections*** |
|---|---|
| RESTAURANT | 125 |
| RETAIL | 92 |
| DISPENSER | 30 |
| WHOLESALE | 26 |
| TOUR/CRUISE VESSEL | 18 |
| TRANSIENT VESSEL (DAY) | 11 |
| CATERER | 9 |
| HOTEL | 7 |
| MANUFACTURER | 5 |
| SMALL CRAFT PRODUCER PUB | 3 |
| CLUB | 3 |
| CONDOMINIUM HOTEL | 1 |
| TRANSIENT VESSEL (YEAR) | 1 |
| CATERER (FOOD SERVICE) | 1 |
| BREW PUB | 1 |
| Grand Total | 333 |

59

*This slide is based on the same data criteria as the prior slide.
**Business classes "SPECIAL", "SPECIAL NON FEE", and "UNLICENSED" have been excluded. Businesses that did not hold a valid license for at least 180 days during the time range are also excluded.
***"Inspection" = DAR entries coded as "NORMAL INVESTIGATION"

## WHO Are Getting Inspections*/Warnings**/Violations***?

| Business Class | Businesses **** | Inspections | Warnings | Violations | Inspections per Business | Warnings per Business | Violations per Business | Warnings per Inspection | Violations per Inspection |
|---|---|---|---|---|---|---|---|---|---|
| BREW PUB | 17 | 376 | 9 | 21 | 22.12 | 0.53 | 1.24 | 0.02 | 0.06 |
| CABARET | 26 | 866 | 21 | 96 | 33.31 | 0.81 | 3.69 | 0.02 | 0.11 |
| CATERER | 34 | 50 | 0 | 0 | 1.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| CATERER (FOOD SERVICE) | 1 | 0 | 0 | 1***** | 0.00 | 0.00 | 1.00 | N/A | N/A |
| CLUB | 13 | 67 | 7 | 33 | 5.15 | 0.54 | 2.54 | 0.10 | 0.49 |
| CONDOMINIUM HOTEL | 2 | 6 | 1 | 2 | 3.00 | 0.50 | 1.00 | 0.17 | 0.33 |
| DISPENSER | 327 | 11949 | 336 | 1147 | 36.54 | 1.03 | 3.51 | 0.03 | 0.10 |
| HOTEL | 53 | 1065 | 58 | 108 | 20.09 | 1.09 | 2.04 | 0.05 | 0.10 |
| MANUFACTURER | 12 | 21 | 4 | 10 | 1.75 | 0.33 | 0.83 | 0.19 | 0.48 |
| RESTAURANT | 819 | 10736 | 427 | 1224 | 13.11 | 0.52 | 1.49 | 0.04 | 0.11 |
| RETAIL | 564 | 6421 | 195 | 525 | 11.38 | 0.35 | 0.93 | 0.03 | 0.08 |
| SMALL CRAFT PRODUCER PUB | 7 | 81 | 6 | 12 | 11.57 | 0.86 | 1.71 | 0.07 | 0.15 |
| SPECIAL | 21 | 36 | 0 | 4 | 1.71 | 0.00 | 0.19 | 0.00 | 0.11 |
| SPECIAL NON FEE | 30 | 39 | 2 | 7 | 1.30 | 0.07 | 0.23 | 0.05 | 0.18 |
| TOUR/CRUISE VESSEL | 15 | 13 | 0 | 15 | 0.87 | 0.00 | 1.00 | 0.00 | 1.15 |
| WHOLESALE | 24 | 28 | 4 | 31 | 1.17 | 0.17 | 1.29 | 0.14 | 1.11 |
| **Grand Total** | **1965** | **31754** | **1070** | **3236** | **16.16** | **0.54** | **1.65** | **0.03** | **0.10** |

60

*Inspections = DAR entries coded as "NORMAL INVESTIGATION"
**Warnings = DAR entries with Notice Type of "WARNING"
***Violations= DAR entries with Notice Type "VIOLATION"
****Businesses = unique licensed business locations
*****1 Violation for "LATE GLS" without any DAR entries for "NORMAL INVESTIGATION"



*Inspection = DAR entries coded as "NORMAL INVESTIGATION"
**Businesses = unique licensed business locations



*Warnings = DAR entries with Notice Type "WARNING"
**Businesses = unique licensed business locations



*Violations = DAR entries with Notice Type "VIOLATION"
**Businesses = unique licensed business locations



*Violations = DAR entries with Notice Type "VIOLATION"

# For **WHAT** Have Warnings* Been Issued? Top 10

| Code | Description | Times Issued | % of total |
|---|---|---|---|
| 3-82-38.2 | No current law book available on premises | 152 | 14% |
| 281-38 | Condition of licenses | 118 | 11% |
| 3-81-17.56 | Failure to file accurate gross sales report | 100 | 9% |
| 3-82-36.1 | Display of prices in retail premises | 78 | 7% |
| 3-82-38.4(a) | No/inadequate time records | 70 | 7% |
| 281-78(b)(1)(A) | Selling/furnishing liquor to minor | 56 | 5% |
| 3-82-38.4(b) | Inadequate time records | 53 | 5% |
| 3-82-38.5(a) | Non-registration of employees | 39 | 4% |
| 3-82-38.5(e) | Failure of employee to have registration card available while on duty | 37 | 3% |
| 3-82-38.9(a) | No manager on duty | 37 | 3% |

65

*Warnings = DAR entries with Notice Type "WARNING"



*Warnings = DAR entries with Notice Type "WARNING"

This chart includes the top 20 Warning types, with 3-82.38.9(g) and 3-84-78.03(c) tied for the 20th place each with 10 Warnings.

# For **WHAT** Have Violations* Been Issued? Top 10

| Code | Description | Times Issued | % of total |
|------|-------------|--------------|------------|
| 3-81-17.54(c) | Failure to file timely gross sales report | 453 | 14% |
| 3-82-38.8 | Failure to file timely annual employee list | 314 | 10% |
| 281-78(b)(1)(A) | Selling/furnishing liquor to minor | 294 | 9% |
| 281-38 | Condition of licenses | 276 | 8% |
| 3-82-38.9(a) | No manager on duty | 130 | 4% |
| 3-83-62(a) | Alterations w/o prior commission approval | 129 | 4% |
| 3-81-17.56 | Failure to file accurate gross sales report | 109 | 3% |
| 3-82-38.5(a) | Non-registration of employees | 99 | 3% |
| 3-82-38.4(a) | No/inadequate time records | 92 | 3% |
| 3-84-72.2 | Premises lighting; doors | 88 | 3% |

67

*Violations" = DAR entries with Notice Type "VIOLATION"



*Violation = DAR entries with Notice Type "VIOLATION"

# Warning vs. Violation

## Official Policy

May 15, 2006                                        Policy Number AP-25
                    Violations and Warnings                Page 2

2.  Personnel should issue warnings in lieu of a
    notice of violation when a first time
    violation is detected and the violation is
    not connected to another more serious
    violations, e.g., employee drinking on duty,
    no manager on duty.  The specific fact(s)
    substantiating the violation shall be stated
    on the investigator's Daily Activity Report.
    Such facts include, but are not limited to,
    the name of the unregistered employee, the
    name of the employee with the inadequate
    time record, why the time record was
    inadequate, etc.  However, N.O.V. may be
    issued if the circumstances are warranted.
    Written warnings should be issued in lieu of
    a N.O.V. in the following circumstances:

    a.  No copy of the Liquor Commission's
        rules on premises;
    b.  Use of unauthorized trade name;
    c.  Inadequate time records;
    d.  Non-registration of employees;
    e.  No posted sign warning minors;
    f.  Unauthorized exterior or window signs;
    g.  No DUI penalty sign.

## Informal Protocol Description

**WRITTEN WARNINGS**

Warnings can be written for violations that are not considered "serious" violations. Examples of serious violations would be:

* No Manager in Charge of Premises

* Drinking on Duty

* Service or Sale to a Minor

* After or Before Hours Sale or Consumption

69

69

# Same "Offense", Different Outcome?*

### Rule Code: 3-82-38.9(a): No manager on duty

| Warning Only (28) | Violation w/ 6 mo of Warning (3) | Violation Only (103) |
|---|---|---|
| Restaurant – 20 | Restaurant - 2 | Restaurant - 67 |
| Dispenser - 4 | Hotel - 1 | Dispenser - 29 |
| Hotel - 3 | | Hotel - 4 |
| Retail - 1 | | Cabaret - 1 |
| | | Club - 1 |
| | | Retail - 1 |

*Count is by unique business locations, not warning/violation: a licensed business location can have multiple warnings/violations.

# Same Rule, Different Outcome?*

### Rule Code: 3-84-72.2: Premises lighting, door

| Warning Only (10) | Violation w/ 6 mo of Warning (2) | Violation Only (67) |
|---|---|---|
| Restaurant - 7 | Dispenser - 2 | Dispenser - 40 |
| Dispenser - 2 | | Restaurant - 22 |
| Brew Pub - 1 | | Cabaret - 2 |
| | | Hotel - 1 |
| | | Retail - 1 |
| | | Craft Pub - 1 |

*Count is by unique business locations, not warning/violation: a licensed business location can have multiple warnings/violations.

71

# Same Rule, Different Outcome?*

## Rule Code: 3-82-38.4(a): No/inadequate time records

| Warning Only (42) | Violation w/ 6 mo of Warning (7) | Violation Only (55) |
|---|---|---|
| Dispenser - 20 | Restaurant - 4 | Dispenser - 30 |
| Restaurant - 19 | Dispenser - 3 | Restaurant - 19 |
| Cabaret - 2 | | Cabaret - 2 |
| Brew Pub - 1 | | Club - 2 |
| | | Hotel - 1 |
| | | Craft Pub - 1 |

*Count is by unique business locations, not warning/violation: a licensed business location can have multiple warnings/violations.

## Key Observations

- Night-time inspections builds in bias towards night-time establishments
- Lack of consistent and data-driven methodology creates inconsistent and inefficient enforcement patterns
- Lack of clear policies and procedures creates inconsistent enforcement outcomes
- Paper-based and inconsistently coded DAR system creates unreliable data for analysis
- Electronic DAR system vulnerable to retroactive modifications
- Multiple paper-based systems impedes ability to track records across data sets: DAR data, vehicle data, time sheets, complaints
- Lack of reliable data prevents ability to use data to ensure consistency and to monitor enforcement activities

73

73

# COVID Shut Downs: the Perfect Storm

**Complaints reportedly spiked**

**Constantly changing rules: recollection from investigators**

- Liq sale to stop by midnight > by 10pm
- No intermingling > can intermingle within same household > 5 ok > 10 ok
- Need to mask if not eating > only mask if walking around
- Any of these could cause shut down

**Authority Training-Experience:**

- Enforcing public health rules (masking, social distancing, contact tracing)
- Only establishments with liquor license are subjected to enforcement by LIQ
- No training or experience in enforcing these rules

**No standard or guidance on the exercise of discretion**

- Some recalled being told to "use your judgment"
- Some recalled being told "3 or more violations = shutdown": nothing in writing

74

# Other Enforcement Questions

## Unlicensed premises

- Limited enforcement authority by LIQ
- Which entity can/should enforce against unlicensed *establishments,* not just individuals?

## Shoulder taps

- To what extent are citations sustained?
- How to hold licensees accountable?

75

75

# Complaint Handling

What is the process for handling complaints against Liquor Commission and Administration staff?

76

# Complaint Handling

No tracking system except for complaints against licensees

Front desk forwards complaints against Enforcement to Enforcement

No evidence of consistent or meaningful follow up

No ability to investigate

77

# Complaint Policies & Procedures

- AP-2 (1989): "The Liquor Control Administrator shall have all complaints or allegations regarding personnel assigned to the Liquor Commission investigated, referred to the Liquor Commission." **Does not say how or by whom**.

- AP-15 (1996): mandates monthly reporting of "complaints that have not been completed." Does not distinguish between complaints against LIQ personnel vs. others. **Superseded by P-01 in 2006, but still listed with no notation that it has been superseded**.

- AP-44 (2006): Specifically addressing complaints against LIQ "Commission or its employees…". Imposes a one-year "statute of limitation" on administration investigation. Requires notarization of complaint. Mandates 60-day cycle time. Reference to "complaint tracking number." **Silent on who is to conduct or track investigations.**

- P-1 (2006): supersedes AP-15. **Does not appear to contemplate complaint against LIQ personnel.**

78

# Complaint Practices

- Complaint Sources: website form, complaint line, front desk, legislator or mayor, letter, other LIQ employees.
  - Front desk is to guide complainants to form or hotline.
- No tracking of complaints against Commissioner or LIQ personnel. Examples:
  - Complaints to Front Counter about Enforcement: information emailed to Enforcement, cc Management*. No corresponding entries in Enforcement tracking. No Management tracking.
    - 3/5/2021 anonymous call alleging two HLC's lead investigators were protecting a particular licensee.
    - 4/7/2021 call complaining about the Enforcement officer who issued violation to the caller.
  - City Document and Record Tracking System (DART) – emails to the Mayor
    - DART tracks only the occurrence of response. 5/13/2021 email to Mayor complaining that LIQ "is overstepping their authority." Lead investigator response: "If you would like to contest the violation, you may do so upon receipt of the Notice of Hearing." Matter closed in DART.
    - 8/15/2022 a licensee complained by email to a Licensing employee about not having received a warning before getting violation for a technical violation. Email forwarded to Management. No tracking.
- Enforcement only tracks complaints against licensees, on a spreadsheet not linked to DAR entries.
- Records of complaints and investigations are kept in paper files, CDs, and emails.

79

*One employee indicated that this refers to the "BFS/LIQ Administration" email, and believes that the Administrator, Administrative Services Officer, and the Chief Liquor Control Investigator have access to this email.

# Investigations

- Currently no internal investigation capacity
  - An "Internal Affairs" contractor served from circa 2016 and retired 10/31/2022.
  - There had been two predecessors before her.
- Investigation now outsourced to a city vendor
- Reviewed two vendor reports relating to internal complaints:
  - One was further outsourced to a subcontractor: contained only recitation of allegations and admissions.
  - The other interviewed minimal number of witnesses with minimal questions, and made conclusions unsupported by the interview statements in the report.
  - Neither demonstrated any investigative work beyond interviewing witnesses; no indication of any attempt to verify anything with document or data.
  - DAR data contradicts the statement of at least one witness

80

# Recommendations

81

## System Limitations in Considering Recommendations

### Human Resource and Civil Service Systems

- Centralized/standardized recruitment, evaluation, promotion system and processes
- Confidential disciplinary records: even direct supervisors are reportedly NOT informed of findings and results.*
- Long grievance process: Grievances filed 12/1/21 and 9/12/22 were still pending selection of arbitrator as of 3/20/2023.

### Procurement

- Lengthy process to procure products and services, including investigation and training services

82

*One supervisor reported asking about disciplinary action against a member of the supervisor's team: "How can I supervise without knowing what's going on?" and reported being told: "You don't need to know." The question and answer reportedly occurred between the supervisor and the supervisor's supervisor.

# Ongoing Improvements

### Training

- Supervisors to attend meeting of National Liquor Law Enforcement Association (NLLEA) in October 2023

### Technology

- Pending request for body cameras, iPads and iPhones
- New Licensing Dashboard
- Liquor Control Information System II – Upgraded system expected to be able to randomize inspection selection

### Investigation

- Investigation of pending complaints in procurement process
- City-wide ombudsperson/investigation capacity being established

83

# Recommendation: Categories & Goals

Focus on (1) what can *realistically* be accomplished in the *near term* (12 months); (2) tasks requiring minimal dependencies on stakeholders outside of LIQ; and (3) improvements of pressing need.

| Technology | Training | Investigations | Enforcement Practices | Policies & Procedures | Culture |
|---|---|---|---|---|---|
| • Collect reliable data to monitor and drive performance | • Focus on liquor enforcement best practices | • Track complaints and monitor progress | • Ensure data-driven consistency in Enforcement activities | • Update policies & procedures and corresponding practices | • Build trust, consistency, and collegiality |

84



 *It is recommended that the policies and procedures update be conducted by a committee, consistent with Recommendation 11 on the next slide. The committee should include LIQ internal stakeholders (Enforcement, Licensing, Audit, Front Desk, Training, IT) and COR, and be chaired by an external expert with experience in liquor administration from at least one state outside of Hawaii. This combination would leverage best practices from the broader (national) liquor enforcement community, but also ensures input of those who would be governed by these policies and procedures in their daily operations. Stakeholders that currently have tense relationships with each other will have an opportunity to work together constructively, with their differences mediated by an external expert. The committee should also involve other stakeholders with relevant subject matter expertise on specific types of policies and procedures. For example, the city ombudsperson/investigator office (to be established) should be consulted in policies and procedures relating to complaint handling. Committee membership need not be restricted to supervisors.

| Culture | | | |
| :---: | :---: | :---: | :---: |
| **Tactical** | | | |
| Personnel | Collaboration | Commissioners | Public Engagement |
| 10. Revise recruitment and promotion questions | 11. Establish cross-functional working committees for policies, procedures, and project management | 12. Encourage at least one ride-along for each commissioner every year | 13. Engage the public through open houses, surveys, neighborhood meetings |

| **Systemic** |
| :---: |

| 14. Develop policy to establish clear and documented probationary and performance standards |
| :---: |
| 15. Diversify culture orientation beyond HPD in hiring, training, promotion, policies/procedures |
| 16. Update Liquor Rules and corresponding practices |
| 17. Clarify enforcement options for unlicensed premises |

# Questions to Ask in Policies and Procedures Revision

WHY is this policy/procedure necessary?

WHAT is this policy/procedure intended to accomplish? WHAT are the specific tasks involved in accomplishing the intended outcome? WHAT resources are necessary to implement this policy/procedure?

WHO will be responsible for ensuring this policy/procedure is implemented? WHO specifically will be responsible for each of the tasks mandated by this policy/procedure?

HOW will people be held accountable for this policy/procedure?

WHEN will this policy/procedure be reviewed for update?

WHERE will people find this policy/procedure?

87

# We've Been Here Before: Prior Audits

## 2005 Audit (Report No. 05-02)

- 15 Recommendations

## 2019 Follow Up (Report No. 19-05): 4 Remained "In Progress"

- Reorganization plan
- BFS Internal Control review of processes and practices relating to auditing and allocation and utilization of liquor violation fines
- Fill vacant staff positions
- Review and update of policies and procedures

## Lesson: Recommendations die without

- Commitment, leadership, resources, project management, accountability

88

# Stakeholders & Tasks Involved*

| Number** | Recommendations | Stakeholders | Tasks |
|---|---|---|---|
| 1 | Automate DARs | DIT, Enforcement, (Procurement) | Research options |
| | | | Coordination with DIT |
| | | | Build/procure |
| 2 | Randomize and equalize inspections | Commission, Management, Enforcement, DIT | Design, test, implement, and monitor algorithms |
| 3 | Bring out-of-state trainers | Management, (Procurement) | Explore options with NLLEA and other municipalities |
| | | | Explore procurement/recruitment options |
| | | | Implementation logistics |
| 4 | Implement AP-54 | Management, Enforcement, Licensing | Scheduling |
| 5 | Add day-time shifts | Management, Enforcement, DHR, union | Scheduling |
| 6 | Implement monthly data review | Commission, Management, DIT | Design and implement data dashboard |
| | | | Build and implement regular review process |
| 7 | Track criminal citations | LIQ, Prosecuting Attorney | Obtain data and develop tracking system |
| 8 | Implement centrlaized complaint tracking | Management, DIT, (Procurement) | Design, (procure,) and implement system |
| 9 | Update policies, procedures, and protocols | Commission, all LIQ units, COR | Review, revise, approve |
| 10 | Revise promotion questions | Management | Review, revise, approve |
| 11 | Establish internal working committees | Management | Define committee tasks and assignments |
| 12 | Commissioner ride-alongs | Commission, Management | Coordinate and schedule ride-alongs |
| 13 | Public engagement | Commission, Managmenet, Communications | Identify strategy, methods, forums |
| | | | Implement engagement strategy |
| 14 | Probationary and performance standards | Management, DHR, union | Draft standards |
| | | | Obtain stakeholder buy-in |
| 15 | Diversify culture orientation beyond HPD | Commission, Management | Ongoing |
| 16 | Review Liquor Rules for updates | Commission, LIQ, COR | Review, revise, approve |
| 17 | Clarify unlicensed premises enforcement | Commission, LIQ, HPD | Convene stakeholder meetings |

89

*This is intended as a preliminary overview of stakeholders and tasks that may be involved in the implementation of the recommendations. It should not be considered to be an exhaustive list or a project management document. A project management document should – at minimum - include specific objectives and its associated stakeholders, tasks, timeline, and owners.

**Recommendations are listed in the order they are numbered on slides 85-86. This order does not reflect importance or estimated difficulty or any other consideration than how they fit the layout of slides 85-86.



# Suggested Next Steps

**Commitment**

- Commission to select recommendations for adoption and establish priorities and timelines for implementation

**Leadership**

- Commission to recruit Administrator aligned with its vision

**Resources**

- Administration to contract temporary services of experienced liquor administrators and investigators through NLLEA and/or other state/county liquor enforcement agencies

**Project management**

- Administration to identify/recruit project manager to implement recommendations
- Administration to prepare project plan with specific tasks, owners, and timelines

**Accountability**

- Commission to commit to three-year plan for implementing adopted recommendations, with quarterly updates pre-scheduled in Commission schedule

91