# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00457-MWJS-KJM |
| CASE NAME: | Scarlet Honolulu, Inc.; Walter Enriquez v. Honolulu Liquor Commission |
| ATTYS FOR PLAS: | *James Dennis DiPasquale |
| ATTYS FOR DEFT: | *Lex R. Smith <br> *Aaron R. Mun <br> Zachary K. Shikada |

| | | | |
|---|---|---|---|
| JUDGE: | Micah W.J. Smith | REPORTER: | Cynthia Fazio |
| DATE: | 10/03/2024 | TIME: | 09:00 am – 10:45 am <br> 11:00 am – 12:33 pm <br> 01:00 pm – 02:30 pm <br> 02:45 pm – 04:15 pm |

COURT ACTION:  EP: NON-JURY TRIAL (DAY 4) held.

Plaintiff Walter Enriquez, present.
Robert Baldwin, client representative for Plaintiff, also present.

Salvador Petilos, Administrator for Honolulu Liquor Commission, also present.

**Plaintiff's Witnesses (sworn & testified)**:
10) Glen Nishigata. (Direct and Cross Examination)
11) Chad Kaaikaula. (Direct, Cross, and Re-direct Examination)
12) Jacob Fears. (Direct, Cross, and Re-direct Examination)
    Admitted Exhibits: 001, and 007.
13) William Walker, *appeared remotely*. (Direct and Cross Examination)

For the reasons stated on the record, Plaintiff's [259] Motion to Compel Production of Electronic Daily Activity Report (DAR) Files is DENIED AS MOOT, in part, and DENIED, in part.

Further Non-Jury Trial (Day 5) is SET for October 4, 2024, at 12:45 pm in Aha Kaulike, before the Honorable Micah W.J. Smith.

*Submitted by: Rachel Sharpe, Courtroom Manager*