# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00457-MWJS-KJM |
| CASE NAME: | Scarlet Honolulu, Inc.; Walter Enriquez v. Honolulu Liquor Commission |
| ATTYS FOR PLAS: | *James Dennis DiPasquale |
| ATTYS FOR DEFT: | *Lex R. Smith<br>*Aaron R. Mun<br>Zachary K. Shikada |

| | | | |
|---|---|---|---|
| JUDGE: | Micah W.J. Smith | REPORTER: | Cynthia Fazio |
| DATE: | 10/07/2024 | TIME: | 09:00 am – 10:53 am<br>11:10 am – 12:15 pm<br>01:00 pm - 02:45 pm<br>03:00 pm - 03:40 pm |

COURT ACTION:  EP: NON-JURY TRIAL (DAY 6) held.

Plaintiff Walter Enriquez, present.
Robert Baldwin, client representative for Plaintiff, also present.

Salvador Petilos, Administrator for Honolulu Liquor Commission, also present.

For the reasons stated on the record, Defendant Honolulu Liquor Commission's Motion to Preclude Testimony of John Baldwin [263] is GRANTED IN PART AND DENIED IN PART. The Court will issue a written order.

**Plaintiff's Witnesses (sworn & testified)**:
15) Joseph Luna. (Direct and Cross Examination)
      Admitted Exhibits: P-40, P-42, P-43, P-44, P-45, and 054 through 117.

Further cross examination of Joseph Luna to continue on October 8, 2024.

Further Non-Jury Trial (Day 7) is SET for October 8, 2024, at 9:00 am in Aha Kaulike, before the Honorable Micah W.J. Smith.

*Submitted by: Rachel Sharpe, Courtroom Manager*