# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00457 MWJS-KJM |
| CASE NAME: | Scarlet Honolulu, Inc., et al. v. Honolulu Liquor Commission |
| ATTY FOR PLA: | James Dennis DiPasquale |
| ATTY FOR DEFT: | Lex R. Smith<br>Zachary K. Shikada<br>Aaron R. Mun |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | FTR - CR 6 |
| DATE: | 10/8/2024 | TIME: | 1:15 pm - 1:23 pm |

COURT ACTION:  EP:    SETTLEMENT ON THE RECORD held on 10/8/2024.

Plaintiff Walter Enriquez, present.  Robert Baldwin, client representative for Plaintiff, also present.

Salvador Petilos, Administrator for Honolulu Liquor Commission, also present.

The Court held a Settlement on the Record.

Essential terms stated on the record by Mr. Lex Smith. Plaintiff agrees to the terms.

Court finds that the parties have entered into a valid and enforceable settlement agreement.

To monitor status of approval of the settlement by the City and County of Honolulu, the Court sets a Status Conference for 11/7/2024 at 9:30 a.m. via telephone before Magistrate Judge Kenneth J. Mansfield.

Parties are to participate via telephone through the court's ZOOM Teleconference. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-833-568-8864
Access Code: 160 8983 1896

*Submitted by: Jocelyn Orosz, Courtroom Manager*