```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF HAWAII

                                       )
SCARLET HONOLULU, INC., ET AL.,        ) Case No. 21-CV-00457-MWJS-KJM
                                       )
                        Plaintiffs,    ) October 8, 2024
                                       ) 1:14 p.m.
            vs.                        )
                                       )
HONOLULU LIQUOR COMMISSION, ET         )
AL.,                                   )
                                       ) U.S. District Court
                                       ) 300 Ala Moana Boulevard
                        Defendant.     ) Honolulu, HI  96850
                                       )
_____)
```

```
              TRANSCRIPT OF SETTLEMENT ON THE RECORD
           BEFORE THE HONORABLE KENNETH J. MANSFIELD
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | James D. DiPasquale, Esq. |
| | DiPasquale & Summers, LLP |
| | 841 Bishop Street, Suite 1610 |
| | Honolulu, HI  96813 |
| | |
| For the Defendants: | Lex R. Smith, Esq. |
| | Aaron R. Mun, Esq. |
| | Zachary K. Shikada, Esq. |
| | Kobayashi Sugita & Goda |
| | 999 Bishop Street, Suite 2600 |
| | Honolulu, HI  96813 |
| | |
| Transcription Service: | Jessica B. Cahill, CER/CET-708 |
| | Maukele Transcribers, LLC |
| | 467 Maukele Place |
| | Wailuku, Maui, HI  96793 |
| | Telephone: (808)298-8633 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

```
 1  OCTOBER 8, 2024                                    1:14 P.M.
 2            THE CLERK:  The United States District Court for the
 3  District of Hawaii, with the Honorable Kenneth J.  Mansfield,
 4  United States Magistrate judge presiding, is now in session.
 5            MR. SMITH:  Good afternoon.
 6            THE CLERK:  I'll call the case.
 7            MR. SMITH:  Sorry.
 8            THE CLERK:  That's okay.  Civil number 21-00457MWJS-
 9  KJM, Scarlet Honolulu, Inc., et al. v. Honolulu Liquor
10  Commission.  This case has been called for a settlement on the
11  record.
12            Counsel, please make your appearances beginning with
13  Plaintiff.
14            MR. DIPASQUALE:  Good afternoon.  James DiPasquale for
15  the Plaintiffs.  And I am here with both Robert Baldwin and
16  Walter Henriquez.
17            THE COURT:  All right.  Good afternoon to all of you.
18            MR. SMITH:  Lex Smith for the Honolulu Liquor
19  Commission.  Mr. Salvador Petilos is in the courtroom, the
20  Director of the Liquor Commission.  My co-counsel Aaron Mun and
21  Zachary Shikada are also present.
22            THE COURT:  All right.  Good afternoon to each of you
23  as well.
24            So you folks have notified first Judge Smith and then
25  me that you have reached a settlement of the ongoing trial.  So
```

1  we've taken a pause to place that settlement on the record.

2  Which counsel would like to place the material terms on the

3  record?  Mr. Smith?  Go ahead.

4         MR. SMITH:  Payment from the City to the Defendants

5  (sic) of $670,000.  The cases that will be dismissed are the

6  instant case, as well as the UIPA lawsuit filed by Mr.

7  Sobieralski and the two OIP appeals that Mr. Sobieralski has

8  pending in the Office of Information Practices.

9         The parties will work together for language that will

10  provide for the implementation on a reasonable schedule of the

11  recommendations of the Hui Chen Report or other alternative ways

12  to achieve those objectives, as well as any objectives that have

13  not yet been achieved from past audits of the Liquor Commission.

14  What did I forget?

15         Oh, so additionally, Mr. Sobieralski -- the Plaintiffs

16  are representing, and we will ask Mr. DiPasquale to make this

17  representation on the record, that they are confident that Mr.

18  Sobieralski will cease making posts on the Internet regarding the

19  Liquor Commission and will stop making UIPA requests to the City

20  regarding the same.  I said payment to Defendants.  I'm not going

21  to pay myself.  Payment to the Plaintiffs of $670,000.

22         THE COURT:  Okay.  And then I assume standard release.

23         MR. SMITH:  Standard mutual releases.

24         THE COURT:  Mutual.  So the City's going to release?

25  It's not often mutual with the Government on one side.

```
 1             MR. SMITH:  You're right.  And the City has not made
 2   any claims here, so it will be a standard release --
 3             THE COURT:  Unilateral release.
 4             MR. SMITH:  -- unilateral release and dismissal.
 5             THE COURT:  And each side to bear its own fees and
 6   costs?
 7             MR. SMITH:  That's correct.
 8             THE COURT:  Dismissal with prejudice.
 9             MR. SMITH:  Right.
10             THE COURT:  Okay.  And then on your end, Mr. Smith,
11   this is ultimately subject to formal City Council approval?
12             MR. SMITH:  That's correct, Your Honor.
13             THE COURT:  Okay.  Thank you.  All right.  With all of
14   that, Mr. DiPasquale, do you have any edits or additions to the
15   terms that Mr. Smith put on the record?
16             MR. DIPASQUALE:  Subject to any clarifications and
17   final revisions that are to be entered into the -- into by the
18   parties formally.
19             The one thing I would like to address is that there
20   will be a reporting requirement.  I believe we discussed a
21   quarterly reporting requirement to Your Honor, to facilitate the
22   review and implementation to the extent that is necessary.
23             With respect to Mr. Sobieralski, I did have a phone
24   conversation with him, and he has agreed to cease the filing of
25   UIPA requests in connection with this and other matters related
```

1    to the Liquor Commission.  He has also agreed that, subject to

2    Defense counsel's representation that his firm would forego, and

3    certainly release any claims that they might otherwise have

4    against him independently, he will agree in good faith to refrain

5    from all actions set forth on the record moments earlier by Mr.

6    Smith.

7              THE COURT:  All right.  Any quarrel with those

8    additions, Mr. Smith?

9              MR. SMITH:  Those are fine with us.

10             THE COURT:  Okay.  Let me ask each of you, Mr.

11   DiPasquale, do you have authority to agree to these settlement

12   terms?

13             MR. DIPASQUALE:  Yes.

14             THE COURT:  Okay.  And you turned to Mr. Baldwin.  I'm

15   not sure exactly who -- if there's a client rep here who can --

16   Mr. Baldwin, I know you the best.  Mr. Baldwin, do you agree to

17   these settlement terms?

18             MR. BALDWIN:  I do.

19             THE COURT:  Okay.  Thank you.  Walter -- Mr. Enriquez,

20   do you agree to these settlement terms?

21             MR. ENRIQUEZ:  I do.

22             THE COURT:  All right.  Thank you.  And Mr. Smith, on

23   behalf of the Liquor Commission, do you agree to these settlement

24   terms?

25             MR. SMITH:  Yes.  Subject to approval by the City

1 Council.

2 THE COURT: Right. Okay. So, thank you.

3 I do find, based upon all of your statements, the
4 parties have agreed to the essential terms of a valid and
5 enforceable settlement agreement -- conditional settlement
6 agreement, I should say. The one condition being City Council
7 approval.

8 So I will, I guess, in a sense, stay your trial
9 proceedings -- and I did speak with Judge Smith a few minutes ago
10 -- to allow that process to go forward. It usually takes roughly
11 two months, sometimes a little faster, sometimes a little longer.
12 And so we'll work -- all of you will work together, and quickly
13 and in earnest to achieve those settlement conditions.

14 Should we set -- I typically -- I've done other
15 settlements with Mr. Smith -- a status conference with me in a
16 month or so, you know, to keep tabs on that process? What makes
17 sense on your end, Mr. Smith?

18 MR. SMITH: Three weeks or a month sounds right to me.

19 THE COURT: Okay. Let me see if we can possibly pull
20 up my calendar, and you guys can too. And we'll look for
21 something in like the second week of November, maybe for a Zoom
22 status conference on where that process stands. How about
23 Wednesday, November 6th, at 9:30?

24 MR. SMITH: That's fine for us.

25 MR. DIPASQUALE: I do have another hearing that

1  morning, at that time.

2          THE COURT:  How about the 7th, Mr. DiPasquale?

3          MR. DIPASQUALE:  I'm available.

4          THE COURT:  Okay.  Mr. Smith doesn't have a calendar,

5  so we can put it anywhere.

6          MR. SMITH:  We can do it.

7          THE COURT:  So, 9:30 on November 7th, for a status

8  conference on where things stand with you getting your approval

9  from City Council.

10         Okay.  I don't think I have anything else to cover with

11 each of you other than to thank you for continuing -- really,

12 each counsel, you continued to work professionally throughout,

13 meaning you were zealously litigating the trial and

14 simultaneously keeping professional discussions about resolving

15 the case.  And that's exceedingly rare, to be able to do both

16 things at the same time.

17         And so I really do appreciate it.  I'm sure your

18 clients do as well.  I'm sure Judge Smith does.  So thank you

19 all.  If there are any hiccups along the way, please reach out to

20 me before that status conference.  I'm here to help.

21         MR. DIPASQUALE:  Thank you, Judge.

22         MR. SMITH:  Thank you, Your Honor.

23         THE COURT:  Thank you.  We'll be in recess.

24         THE CLERK:  All rise.  Court is adjourned.

25     (Proceedings concluded at 1:23 p.m.)

CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that pursuant to 28 U.S.C. §753, the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

        Dated: <u>October 17, 2024</u>

_____
Jessica B. Cahill, CER/CET-708